Fredrick A. Rafeedie (State Bar No. 138422)
farafeedie@jonesbell.com
Samuel E. Endicott (State Bar No. 267054)
sendicott@jonesbell.com
**JONES, BELL, ABBOTT,
FLEMING & FITZGERALD L.L.P.**
601 South Figueroa Street, 27th Floor
Los Angeles, California 90017-5759
Telephone: (213) 485-1555
Facsimile: (213) 689-1004

Attorneys for Petitioner
Wells Fargo Advisors, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO ADVISORS, LLC, a limited liability company,<br><br>          Petitioner,<br><br>v.<br><br>KENNETH C. SHAFFER, an individual,<br><br>          Respondent. | Case No. C11-01500 JCS<br><br>DECLARATION OF RONALD P. KANE IN SUPPORT OF MOTION OF WELLS FARGO ADVISORS, LLC TO VACATE ARBITRATION AWARD<br><br>DATE:    June 3, 2011<br>TIME:    9:30 A.M.<br>COURTROOM: A, 15th Floor |

    I, RONALD P. KANE, hereby declare and state as follows:

    1.    I am a principal and an attorney with the law firm of Kane & Fischer, Ltd., 208 La Salle Street, Suite 1800, Chicago, Illinois. I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify under oath to the statements made herein.

– 1 –
DECLARATION OF RONALD P. KANE IN SUPPORT OF MOTION OF
WELLS FARGO ADVISORS, LLC TO VACATE ARBITRATION AWARD

2. I was counsel for Wells Fargo Investments, LLC ("WFI") in an arbitration proceeding entitled *In the Matter of the Arbitration Between Wells Fargo Investments, LLC and Kenneth C. Shaffer*, FINRA Case No. 10-00773 ("the Arbitration"). The Arbitration was administered by the Financial Industry Regulatory Authority, commonly known as "FINRA."

3. The Arbitration was held before three arbitrators in San Francisco, California on January 4 and 5, 2011. I represented WFI throughout both days of the hearings.

4. The document attached hereto as Exhibit A is a true and correct copy of WFI's Statement of Claim In Arbitration filed with FINRA.

5. The document attached hereto as Exhibit B is a true and correct copy of Kenneth Shaffer's answer to WFI's Statement of Claim.

6. The document attached hereto as Exhibit C is a true and correct copy of Kenneth Shaffer's counterclaim against WFI.

7. The document attached hereto as Exhibit D is a true and correct copy of WFI's response to Shaffer's counterclaim which was filed with FINRA.

8. The document attached hereto as Exhibit E is a true and correct copy of WFI's Exhibit 1 at the Arbitration. That Exhibit 1 was received into evidence by the Arbitrators.

9. The document attached hereto as Exhibit F is a true and correct copy of WFI's Exhibit 2 at the Arbitration. That Exhibit 2 was received into evidence by the Arbitrators.

10. The document attached hereto as Exhibit G is a true and correct copy of WFI's Exhibit 3 at the Arbitration. That Exhibit 3 was received into evidence by the Arbitrators.

11. The document attached hereto as Exhibit H is a true and correct copy of WFI's Exhibit 4 at the Arbitration. That Exhibit 4 was received into evidence by the Arbitrators.

DECLARATION OF RONALD P. KANE IN SUPPORT OF MOTION OF
WELLS FARGO ADVISORS, LLC TO VACATE ARBITRATION AWARD

12. The document attached hereto as Exhibit I is a true and correct copy of WFI's Exhibit 5 at the Arbitration. That Exhibit 5 was received into evidence by the Arbitrators.

13. The document attached hereto as Exhibit J is a true and correct copy of WFI's Exhibit 6 at the Arbitration. That Exhibit 6 was received into evidence by the Arbitrators.

14. The document attached hereto as Exhibit K is a true and correct copy of WFI's Exhibit 7 at the Arbitration. That Exhibit 7 was received into evidence by the Arbitrators.

15. The document attached hereto as Exhibit L is a true and correct copy of WFI's Exhibit 8 at the Arbitration. That Exhibit 8 was received into evidence by the Arbitrators.

16. The document attached hereto as Exhibit M is a true and correct copy of WFI's Exhibit 9 at the Arbitration. That Exhibit 9 was received into evidence by the Arbitrators.

17. The document attached hereto as Exhibit N is a true and correct copy of WFI's Exhibit 10 at the Arbitration. That Exhibit 10 was received into evidence by the Arbitrators.

18. The document attached hereto as Exhibit O is a true and correct copy of WFI's Exhibit 11 at the Arbitration. That Exhibit 11 was received into evidence by the Arbitrators.

19. The document attached hereto as Exhibit P is a true and correct copy of WFI's Exhibit 12 at the Arbitration. That Exhibit 12 was received into evidence by the Arbitrators.

20. The document attached hereto as Exhibit Q is a true and correct copy of WFI's Exhibit 13 at the Arbitration. That Exhibit 13 was received into evidence by the Arbitrators.

21. The document attached hereto as Exhibit R is a true and correct copy of WFI's Exhibit 14 at the Arbitration. That Exhibit 14 was received into evidence by the Arbitrators.

22. The document attached hereto as Exhibit S is a true and correct copy of WFI's Exhibit 15 at the Arbitration. That Exhibit 15 was received into evidence by the Arbitrators.

23. The document attached hereto as Exhibit T is a true and correct copy of WFI's Exhibit 16 at the Arbitration. That Exhibit 16 was received into evidence by the Arbitrators.

24. The document attached hereto as Exhibit U is a true and correct copy of a document (and the exhibits thereto) that Kenneth Shaffer submitted to the arbitrators during the Arbitration.

25. During the Arbitration, I provided each arbitrator with a copy of *Federal Savings and Loan Insurance Corp. v. Musacchio*, 695 F. Supp. 1044 (N.D. Cal. 1988). A copy of the case I provided to the arbitrators is attached hereto as Exhibit V.

26. During the Arbitration, I provided each arbitrator with a copy of *Koehl v. Verio, Inc.*, 142 Cal. App. 4th 1313 (2006). A copy of the case I provided to the arbitrators is attached hereto as Exhibit W.

27. The transcript attached hereto as Exhibit X is a true and correct copy of the transcript of the Arbitration hearings on January 4 and 5, 2011.

28. The document attached hereto as Exhibit Y is a true and correct copy of the arbitrators' Award that was issued after the hearings in the Arbitration.

29. During the Arbitration, I provided each arbitrator with a copy of *Fontani v. Wells Fargo Investments, LLC*, 129 Cal. App 4th 719 (2005). A copy of the case I provided to the arbitrators is attached.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 4, 2011 at Chicago, Illinois.

*/s/ Ronald P. Kane*
RONALD P. KANE