

# Promissory Note Amortization Schedule

Prepared for : KENNETH C SHAFFER
5315 GARLENDA DRIVE.
EL DORADO HILLS, CA, 95762

Original Balance: $111,347.00
Interest Rate: 3.58%
Total Number of Payments: 60
Start Date: Friday, February 01, 2008

| Payment # | Payment Date | Rate | P & I Payment | Principal | Interest | New Balance | Cumulative Interest | Yearly Total Interest |
|---|---|---|---|---|---|---|---|---|
| 1 | 2/1/2008 | 3.58% | $2,029.59 | $1,697.40 | $332.19 | $109,649.60 | $332.19 | $332.19 |
| 2 | 3/1/2008 | 3.58% | $2,029.59 | $1,702.47 | $327.12 | $107,947.13 | $659.31 | $659.31 |
| 3 | 4/1/2008 | 3.58% | $2,029.59 | $1,707.55 | $322.04 | $106,239.59 | $981.36 | $981.36 |
| 4 | 5/1/2008 | 3.58% | $2,029.59 | $1,712.64 | $316.95 | $104,526.95 | $1,298.31 | $1,298.31 |
| 5 | 6/1/2008 | 3.58% | $2,029.59 | $1,717.75 | $311.84 | $102,809.20 | $1,610.15 | $1,610.15 |
| 6 | 7/1/2008 | 3.58% | $2,029.59 | $1,722.87 | $306.72 | $101,086.32 | $1,916.86 | $1,916.86 |
| 7 | 8/1/2008 | 3.58% | $2,029.59 | $1,728.01 | $301.58 | $99,358.31 | $2,218.44 | $2,218.44 |
| 8 | 9/1/2008 | 3.58% | $2,029.59 | $1,733.17 | $296.42 | $97,625.14 | $2,514.86 | $2,514.86 |
| 9 | 10/1/2008 | 3.58% | $2,029.59 | $1,738.34 | $291.25 | $95,886.80 | $2,806.11 | $2,806.11 |
| 10 | 11/1/2008 | 3.58% | $2,029.59 | $1,743.53 | $286.06 | $94,143.27 | $3,092.17 | $3,092.17 |
| 11 | 12/1/2008 | 3.58% | $2,029.59 | $1,748.73 | $280.86 | $92,394.55 | $3,373.04 | $3,373.04 |
| 12 | 1/1/2009 | 3.58% | $2,029.59 | $1,753.94 | $275.65 | $90,640.60 | $3,648.68 | $275.65 |
| 13 | 2/1/2009 | 3.58% | $2,029.59 | $1,759.18 | $270.41 | $88,881.43 | $3,919.10 | $546.06 |
| 14 | 3/1/2009 | 3.58% | $2,029.59 | $1,764.42 | $265.17 | $87,117.00 | $4,184.26 | $811.22 |
| 15 | 4/1/2009 | 3.58% | $2,029.59 | $1,769.69 | $259.90 | $85,347.31 | $4,444.16 | $1,071.13 |
| 16 | 5/1/2009 | 3.58% | $2,029.59 | $1,774.97 | $254.62 | $83,572.34 | $4,698.78 | $1,325.75 |
| 17 | 6/1/2009 | 3.58% | $2,029.59 | $1,780.26 | $249.33 | $81,792.08 | $4,948.11 | $1,575.07 |
| 18 | 7/1/2009 | 3.58% | $2,029.59 | $1,785.57 | $244.02 | $80,006.51 | $5,192.13 | $1,819.09 |
| 19 | 8/1/2009 | 3.58% | $2,029.59 | $1,790.90 | $238.69 | $78,215.60 | $5,430.81 | $2,057.78 |
| 20 | 9/1/2009 | 3.58% | $2,029.59 | $1,796.24 | $233.35 | $76,419.36 | $5,664.16 | $2,291.12 |
| 21 | 10/1/2009 | 3.58% | $2,029.59 | $1,801.60 | $227.99 | $74,617.76 | $5,892.15 | $2,519.11 |
| 22 | 11/1/2009 | 3.58% | $2,029.59 | $1,806.98 | $222.61 | $72,810.78 | $6,114.76 | $2,741.72 |
| 23 | 12/1/2009 | 3.58% | $2,029.59 | $1,812.37 | $217.22 | $70,998.41 | $6,331.98 | $2,958.94 |
| 24 | 1/1/2010 | 3.58% | $2,029.59 | $1,817.78 | $211.81 | $69,180.63 | $6,543.79 | $211.81 |
| 25 | 2/1/2010 | 3.58% | $2,029.59 | $1,823.20 | $206.39 | $67,357.43 | $6,750.18 | $418.21 |
| 26 | 3/1/2010 | 3.58% | $2,029.59 | $1,828.64 | $200.95 | $65,528.80 | $6,951.14 | $619.16 |
| 27 | 4/1/2010 | 3.58% | $2,029.59 | $1,834.09 | $195.50 | $63,694.70 | $7,146.63 | $814.65 |

Thursday, January 03, 2008

| Payment # | Payment Date | Rate | Payment | Principal | Interest | Balance | Interest | Interest |
|---|---|---|---|---|---|---|---|---|
| 28 | 5/1/2010 | 3.58% | $2,029.59 | $1,839.57 | $190.02 | $61,855.14 | $7,336.66 | $1,004.68 |
| 29 | 6/1/2010 | 3.58% | $2,029.59 | $1,845.05 | $184.54 | $60,010.08 | $7,521.19 | $1,189.21 |
| 30 | 7/1/2010 | 3.58% | $2,029.59 | $1,850.56 | $179.03 | $58,159.53 | $7,700.23 | $1,368.25 |
| 31 | 8/1/2010 | 3.58% | $2,029.59 | $1,856.08 | $173.51 | $56,303.45 | $7,873.74 | $1,541.76 |
| 32 | 9/1/2010 | 3.58% | $2,029.59 | $1,861.62 | $167.97 | $54,441.83 | $8,041.71 | $1,709.73 |
| 33 | 10/1/2010 | 3.58% | $2,029.59 | $1,867.17 | $162.42 | $52,574.66 | $8,204.13 | $1,872.15 |
| 34 | 11/1/2010 | 3.58% | $2,029.59 | $1,872.74 | $156.85 | $50,701.92 | $8,360.98 | $2,029.00 |
| 35 | 12/1/2010 | 3.58% | $2,029.59 | $1,878.33 | $151.26 | $48,823.59 | $8,512.24 | $2,180.27 |
| 36 | 1/1/2011 | 3.58% | $2,029.59 | $1,883.93 | $145.66 | $46,939.66 | $8,657.90 | $145.66 |
| 37 | 2/1/2011 | 3.58% | $2,029.59 | $1,889.55 | $140.04 | $45,050.11 | $8,797.94 | $285.70 |
| 38 | 3/1/2011 | 3.58% | $2,029.59 | $1,895.19 | $134.40 | $43,154.92 | $8,932.34 | $420.10 |
| 39 | 4/1/2011 | 3.58% | $2,029.59 | $1,900.84 | $128.75 | $41,254.08 | $9,061.09 | $548.85 |
| 40 | 5/1/2011 | 3.58% | $2,029.59 | $1,906.51 | $123.08 | $39,347.57 | $9,184.17 | $671.92 |
| 41 | 6/1/2011 | 3.58% | $2,029.59 | $1,912.20 | $117.39 | $37,435.37 | $9,301.56 | $789.31 |
| 42 | 7/1/2011 | 3.58% | $2,029.59 | $1,917.91 | $111.68 | $35,517.46 | $9,413.24 | $901.00 |
| 43 | 8/1/2011 | 3.58% | $2,029.59 | $1,923.63 | $105.96 | $33,593.83 | $9,519.20 | $1,006.96 |
| 44 | 9/1/2011 | 3.58% | $2,029.59 | $1,929.37 | $100.22 | $31,664.47 | $9,619.43 | $1,107.18 |
| 45 | 10/1/2011 | 3.58% | $2,029.59 | $1,935.12 | $94.47 | $29,729.35 | $9,713.90 | $1,201.65 |
| 46 | 11/1/2011 | 3.58% | $2,029.59 | $1,940.90 | $88.69 | $27,788.45 | $9,802.59 | $1,290.35 |
| 47 | 12/1/2011 | 3.58% | $2,029.59 | $1,946.69 | $82.90 | $25,841.77 | $9,885.50 | $1,373.25 |
| 48 | 1/1/2012 | 3.58% | $2,029.59 | $1,952.49 | $77.10 | $23,889.27 | $9,962.59 | $77.10 |
| 49 | 2/1/2012 | 3.58% | $2,029.59 | $1,958.32 | $71.27 | $21,930.95 | $10,033.86 | $148.37 |
| 50 | 3/1/2012 | 3.58% | $2,029.59 | $1,964.16 | $65.43 | $19,966.79 | $10,099.29 | $213.80 |
| 51 | 4/1/2012 | 3.58% | $2,029.59 | $1,970.02 | $59.57 | $17,996.77 | $10,158.86 | $273.37 |
| 52 | 5/1/2012 | 3.58% | $2,029.59 | $1,975.90 | $53.69 | $16,020.88 | $10,212.56 | $327.06 |
| 53 | 6/1/2012 | 3.58% | $2,029.59 | $1,981.79 | $47.80 | $14,039.08 | $10,260.35 | $374.86 |
| 54 | 7/1/2012 | 3.58% | $2,029.59 | $1,987.70 | $41.89 | $12,051.38 | $10,302.24 | $416.74 |
| 55 | 8/1/2012 | 3.58% | $2,029.59 | $1,993.63 | $35.96 | $10,057.74 | $10,338.19 | $452.70 |
| 56 | 9/1/2012 | 3.58% | $2,029.59 | $1,999.58 | $30.01 | $8,058.16 | $10,368.20 | $482.71 |
| 57 | 10/1/2012 | 3.58% | $2,029.59 | $2,005.55 | $24.04 | $6,052.61 | $10,392.24 | $506.75 |
| 58 | 11/1/2012 | 3.58% | $2,029.59 | $2,011.53 | $18.06 | $4,041.08 | $10,410.30 | $524.81 |
| 59 | 12/1/2012 | 3.58% | $2,029.59 | $2,017.53 | $12.06 | $2,023.55 | $10,422.36 | $536.87 |
| 60 | 1/1/2013 | 3.58% | $2,029.46 | $2,023.55 | $6.04 | $0.00 | $10,428.40 | $6.04 |
|  |  |  | $121,775.27 | $111,347.00 | $10,428.40 |  |  |  |

Thursday, January 03, 2008