

Prevent identity theft—protect your Social Security number

# Your Social Security Statement

*www.socialsecurity.gov*

Prepared especially for Kenneth C. Shaffer

( 9 )

June 1, 2010

*See inside for your personal information* ⟶

000362678  01 AT   0.357  FF F 0474
KENNETH C. SHAFFER
5315 GARLENDA DR
EL DORADO HLS  CA  95762-5534

## What's inside...

Your Estimated Benefits ................................................ 2

Your Earnings Record ................................................... 3

Some Facts About Social Security ............................... 4

If You Need More Information .................................... 4

To Request This *Statement* In Spanish ....................... 4
*(Para Solicitar Una Declaración en Español)*

# What Social Security Means To You

This *Social Security Statement* can help you plan for your financial future. It provides estimates of your Social Security benefits under current law and updates your latest reported earnings.

Please read this *Statement* carefully. If you see a mistake, please let us know. That's important because your benefits will be based on our record of your lifetime earnings. We recommend you keep a copy of your *Statement* with your financial records.

## Social Security is for people of all ages...

We're more than a retirement program. Social Security also can provide benefits if you become disabled and help support your family after you die.

## Work to build a secure future...

Social Security is the largest source of income for most elderly Americans today, but Social Security was never intended to be your only source of income when you retire. You also will need other savings, investments, pensions or retirement accounts to make sure you have enough money to live comfortably when you retire.

Saving and investing wisely are important not only for you and your family, but for the entire country. If you want to learn more about how and why to save, you should visit *www.mymoney.gov*, a federal government website dedicated to teaching all Americans the basics of financial management.

## About Social Security's future...

Social Security is a compact between generations. Since 1935, America has kept the promise of security for its workers and their families. Now,

however, the Social Security system is facing serious financial problems, and action is needed soon to make sure the system will be sound when today's younger workers are ready for retirement.

In 2016 we will begin paying more in benefits than we collect in taxes. Without changes, by 2037 the Social Security Trust Fund will be exhausted* and there will be enough money to pay only about 76 cents for each dollar of scheduled benefits. We need to resolve these issues soon to make sure Social Security continues to provide a foundation of protection for future generations.

## Social Security on the Net...

Visit *www.socialsecurity.gov* on the Internet to learn more about Social Security. You can read publications, including *When To Start Receiving Retirement Benefits*; use our Retirement Estimator to obtain immediate and personalized estimates of future benefits; and when you're ready to apply for benefits, use our improved online application— It's so easy!

Michael J. Astrue
Commissioner

* These estimates are based on the intermediate assumptions from the Social Security Trustees' Annual Report to the Congress.

060110F 07FF 10817C

## Your Earnings Record

| Years You Worked | Your Taxed Social Security Earnings | Your Taxed Medicare Earnings | | Years You Worked | Your Taxed Social Security Earnings | Your Taxed Medicare Earnings |
|---|---|---|---|---|---|---|
| 1971 | $    363 | $    363 | | 1990 | $ 22,704 | $   22,704 |
| 1972 | 1,142 | 1,142 | | 1991 | 24,395 | 24,395 |
| 1973 | 916 | 916 | | 1992 | 42,028 | 42,028 |
| 1974 | 2,728 | 2,728 | | 1993 | 57,600 | 107,633 |
| 1975 | 1,293 | 1,293 | | 1994 | 60,600 | 93,346 |
| 1976 | 651 | 651 | | 1995 | 61,200 | 84,176 |
| 1977 | 0 | 0 | | 1996 | 62,700 | 104,196 |
| 1978 | 4,752 | 4,752 | | 1997 | 65,400 | 97,328 |
| 1979 | 6,880 | 6,880 | | 1998 | 68,400 | 159,551 |
| | | | | 1999 | 72,600 | 222,252 |
| 1980 | 16,639 | 16,639 | | | | |
| 1981 | 25,735 | 25,735 | | 2000 | 76,200 | 133,156 |
| 1982 | 31,342 | 31,342 | | 2001 | 80,400 | 101,834 |
| 1983 | 35,700 | 35,700 | | 2002 | 84,900 | 91,145 |
| 1984 | 22,546 | 22,546 | | 2003 | 87,000 | 98,254 |

that determine your benefit amount. When we figure that amount, we base it on your average earnings over your lifetime. If our records are wrong, you may not

pay Social Security taxes each year.   The limit increases yearly. Earnings above the limit will not appear on your earnings chart as Social Security earnings. (For Medicare taxes, the maximum earnings amount began rising in 1991

## What Social Security Means To You

This *Social Security Statement* can help you plan for your financial future. It provides estimates of your Social Security benefits under current law and updates your latest reported earnings.

Please read this *Statement* carefully. If you see a mistake, please let us know. That's important because your benefits will be based on our record of your lifetime earnings. We recommend you keep a copy of your *Statement* with your financial records.

**Social Security is for people of all ages...**
We're more than a retirement program. Social Security also can provide benefits if you become disabled and help support your family after you die.

**Work to build a secure future...**
Social Security is the largest source of income for most elderly Americans today, but Social Security was never intended to be your only source of income when you retire. You also will need other savings, investments, pensions or retirement accounts to make sure you have enough money to live comfortably when you retire.

Saving and investing wisely are important not only for you and your family, but for the entire country. If you want to learn more about how and why to save, you should visit *www.mymoney.gov*, a federal government website dedicated to teaching all Americans the basics of financial management.

**About Social Security's future...**
Social Security is a compact between generations. Since 1935, America has kept the promise of security for its workers and their families. Now,

however, the Social Security system is facing serious financial problems, and action is needed soon to make sure the system will be sound when today's younger workers are ready for retirement.

In 2016 we will begin paying more in benefits than we collect in taxes. Without changes, by 2037 the Social Security Trust Fund will be exhausted* and there will be enough money to pay only about 76 cents for each dollar of scheduled benefits. We need to resolve these issues soon to make sure Social Security continues to provide a foundation of protection for future generations.

**Social Security on the Net...**
Visit *www.socialsecurity.gov* on the Internet to learn more about Social Security. You can read publications, including *When To Start Receiving Retirement Benefits*; use our Retirement Estimator to obtain immediate and personalized estimates of future benefits; and when you're ready to apply for benefits, use our improved online application— It's so easy!

Michael J. Astrue
Commissioner

* These estimates are based on the intermediate assumptions from the Social Security Trustees' Annual Report to the Congress.

060110F 07FF10817C

(9)

## Your Earnings Record

| Years You Worked | Your Taxed Social Security Earnings | Your Taxed Medicare Earnings |
|---|---|---|
| 1971 | $    363 | $ |
| 1972 | 1,142 | |
| 1973 | 916 | |
| 1974 | 2,728 | |
| 1975 | 1,293 | |
| 1976 | 651 | |
| 1977 | 0 | |
| 1978 | 4,752 | |
| 1979 | 6,880 | |
| 1980 | | |
| 1981 | 16,639 | 16,639 |
| 1982 | 25,735 | 25,735 |
| 1983 | 31,342 | 31,342 |
| 1984 | 35,700 | 35,700 |
| 1985 | 22,546 | 22,546 |
| 1986 | 39,600 | 39,600 |
| 1987 | 42,000 | 42,000 |
| 1988 | 43,800 | 43,800 |
| 1988 | 45,000 | 45,000 |
| 1989 | 38,010 | 38,010 |

**Total Social Security and Medicare taxes paid over your worki**

Estimated taxes paid for Social Security:

You paid:  $102,398          Estimat

Your employers paid:  $111,286          You p

Note: You currently pay 6.2 percent of your salary, up to $106     Your e

on your entire salary.  Your employer also pays 6.2 percent in

If you are self-employed, you pay the combined employee and e

percent in Medicare taxes on your net earnings.

## Some
### About So
Social Se
survivors
the Cente
for inpati
drugs and
age 65 an
receiving
or more.
you may

Your Soc
both prop
visit www
1-877-41

**Retirem**
retireme
the full
people t
Some
can reti
If you w
higher t
for dela

**Disabil**
age, yo
if you h
— en
yo
th
— a f
pr
or
If yo
you ar
veter

**Fami**
benefi
or adu
benefi
your l

## Help Us Keep Your Earnings Rec

You, your employer and Social Security share responsibili
for the accuracy of your earnings record. Since you
began working, we recorded your reported earnings
under your name and Social Security number. W
updated your record each time your employer (or

Survi
of yo
— y
— 0
?

www.finra.org/brokercheck

©2010 FINRA. All rights reserved.   Report# 82413-76720 about KENNETH C. SHAFFER. Data current as of Sunday, December 19, 2010.

User Guidance

# Registration and Employment History

## Previously Registered with the Following FINRA Firms

FINRA records show this broker previously held FINRA registrations with the following firms:

| Registration Dates | Firm Name | CRD# | Branch Location |
|---|---|---|---|
| 06/2006 - 10/2009 | WELLS FARGO INVESTMENTS, LLC | 10582 | SACRAMENTO, CA |
| 03/2003 - 06/2006 | H&R BLOCK FINANCIAL ADVISORS, INC. | 5979 | ROSEVILLE, CA |
| 09/1999 - 03/2003 | MORGAN STANLEY DW INC. | 7556 | PURCHASE, NY |
| 07/1999 - 10/1999 | BANC OF AMERICA INVESTMENT SERVICES, INC. | 16381 | BOSTON, MA |
| 01/1993 - 07/1999 | BA INVESTMENT SERVICES, INC. | 12965 | OAKLAND, CA |
| 07/1991 - 02/1993 | OLDE DISCOUNT CORPORATION | 5979 | DETROIT, MI |
| 10/1990 - 07/1991 | ASSOCIATED PLANNERS SECURITIES CORPORATION | 12969 | BOSTON, MA |
| 04/1983 - 10/1990 | PRUDENTIAL-BACHE SECURITIES INC. | 7471 | NEW YORK, NY |
| 09/1981 - 11/1982 | PAINE, WEBBER, JACKSON & CURTIS INC. | 8174 | |
| 09/1979 - 09/1981 | DREXEL BURNHAM LAMBERT INCORPORATED | 7323 | |

## Employment History

This section provides up to 10 years of an individual broker's employment history as reported by the individual broker on the most recently filed Form U4.

**Please note that the broker is required to provide this information only while registered with a FINRA firm and the information is not updated via Form U4 after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment Dates | Employer Name | Employer Location |
|---|---|---|
| 06/2006 - Present | WELLS FARGO BANK | FOLSOM, CA |
| 06/2006 - Present | WELLS FARGO INVESTMENTS, LLC | FOLSOM, CA |
| 03/2003 - 06/2006 | H&R BLOCK FINANCIAL ADVISORS, INC. | CITRUS HEIGHTS, CA |
| 07/1999 - 03/2003 | MORGAN STANLEY DEAN WITTER | FOLSOM, CA |



FINRA

EXHIBIT U   Page 215

(10)

From   Origin ID: CHIA   (312) 422-7200
Joanne Bender
Kane
208 South LaSalle Street
Suite 1800
Chicago, IL 60604

FedEx Ship Manager    E

Ship Date: 22DEC10
ActWgt: 0.5 LB
CAD: 4365709/NET3090

Delivery Address Bar Code

SHIP TO:   (312) 422-7200     BILL SENDER
Ken Shaffer

5315 GARLENDA DR

EL DORADO HILLS, CA 95762

Ref # 5248Z008
Invoice #
PO #
Dept #

TRK#
0201   7965 9015 7959

THU - 23 DEC   A2
STANDARD   OVERNIGHT
RES

95762
CA-US

XH MHRA

SMF

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

*LATE DELIVERY OF DISCLOSURE DOCUMENTS & WITNESS LIST* (handwritten)

EXHIBIT U  Page 216

## A.  Key Business Objectives and Targets (11)  2007
## Feedback and Coaching

| 1. Objective and Targets:  Production Standards, New Business Development | Weight<br>50 % |
|---|---|

- Develops new client relationships and/or generates new business from existing clients by working with other WMG and bank partners.
- Develops new business opportunities by presenting investment advice and financial product alternatives to clients.
- Grow production by a minimum of 10% annually.

| Feedback: Ongoing/year end and date(s) completed: | Year End<br>Rating<br>2 |
|---|---|

1. Total production was $217,000 vs annual goal of $250,000.  Achieved 85% of goal
2. 64% increase in relationship based assets

| 2. Objective and Targets:  Compliance, Trade Errors | Weight<br>25 % |
|---|---|

- Maintain a satisfactory complaint rating of less than three sales practice complaints annually.
- Assure new account documentation properly reflects clients' trade activity and investment sophistication.
- Maintain zero trade errors.
- Remain in compliance with appropriate NYSE and NASD regulations as well as WFI policies and procedures outlined in the WFI Policies and Procedures Manual.

| Feedback: Ongoing/year end and date(s) completed: | Year End<br>Rating<br>3 |
|---|---|

1. No issues

| 3. Objective and Targets:  Client Service and Relationship Management | Weight<br>15 % |
|---|---|

- Establishes and maintains an enhanced working relationship with existing clients.
- Establishes and maintains professional working relationship with Community Banking partners (Market Area Managers, Store Managers, etc).
- Establishes and maintains professional working relationship with WMG partners (Private Banking, Investment Management, Trust, and Licensed Bankers).

W000115

(12)

NOW IT'S YOUR TURN.
GET INVESTED.    OPEN AN ACCOUNT    **Scottrade**
ST INVESTED

Mail | Contacts    Calendar    Notepad

What's New? | Mobile Mail | Options

Check Mail    New ▾

Get Your FREE
FICO Score Now

Previous | Next | Back to Search Results    Mark as Unread | Print

Delete    Reply  ▾   Forward    Spam    Move... ▾

**Wow!!!! and the son......**    Saturday, August 21, 2010 8:59 AM
From: "Kenneth shaffer <shaffer0204@sbcglobal.net>
To: "James U'Ren <urenurout@hotmail.com>

**Folders**

Inbox (2810)
Drafts (31)
Sent
Spam (347)    [Empty]
Trash    [Empty]

My Photos
My Attachments

Chat & Mobile Text    [Hide]

I am    Available

0 Online Contacts    [Add]

No contacts online right now.

Start a New Chat

0 Mobile Contacts    [Add]

You don't have any Mobile
Text contacts yet.

Start a Text Message

My Folders    [Add · Edit]

discovery



wouldn't still be complaining if Mary was half way competent at her job!

— On Sat, 8/21/10, James U'Ren <urenurout@hotmail.com> wrote:

From: James U'Ren <urenurout@hotmail.com>
Subject: RE: You can call yourself the Oracle of Roseville......
To: shaffer0204@sbcglobal.net
Date: Saturday, August 21, 2010, 8:11 AM

K-Shay,

I used the "oracle" line on Chris in my 2nd interview, referring to myself as "the other oracle from Omaha," but he was too busy trying to impress me with "One-sale-a-week
equals a $5000 monthly check" to get more than a polite smile.

I don't think we get the 2010 trip to Omaha anyway - it's coming out next month, and I'm still not sure of our status by then. Trainee? Internet
wannabe? One of a cavalcade of candidates? I think they're trying to "hire" one or two more Investment/Insurance Dudes from the people Myron
culled out of that JobFair. He said he found at least one guy who's "registered, licensed and ready to go" (someone w/o a tainted U-5!) and
someone or two who could dilute our MOO investment pioneer gig. Lou even commented that our "training" might involve four rather than just us
Interns... Trainees... Students, whatever we are.

Here's a bombshell I heard yesterday from Mary Mortensen: our beloved Jan is no longer with WF. She'd been on "extended personal leave" for
about 6 weeks, and then (I think) she quit to take a downward move to Tri-Counties Bank. As an aside, Mary said "you don't want to piss me off,"
so maybe Jan did something wrong. I said "I thought you two were buddies?" but she said "not when you piss me off..." so they must have had a
problem (don't want to imagine that girl fight!).

Anyway, Mary is now "handling Jan's duties," as well as her usual policing of F.A. activities (along with the lovely Deputy Cindy) until a new
hatchet woman can be found. They also recruited the Bank of the West Financial Advisor from their (get this) Paradise-Oroville-Gridley-Clear
Lake territory, to take over the WF "gold mine" in Yuba City. Todd now has the Country Club behemoth, so he should be happier - he actually had
two sub-$20,000 months in the Y.C. gold fields! (not so easy speaking Punjab one minute and Arky Redneck the next, is it?!)

Funny thing is that the Bank of the West manager told me during my first interview (when I asked him if they had a branch in YC) that this shiny
recruit was "marginal, at best, and struggling" with B.O.T.W.

I was begging Mary to work on cleaning my record, but to no avail. I had found some notes from conversations with the client whose son is (still)
complaining that I took advantage of his Mommy. Mary went into a long song-and-dance about Al Chen and all the trouble WF had gotten into
over not supervising his repeated discretion (buying reverse convertibles for clients and new accounts, without explaining what could happen), so
they had to come down hard on me when there were a whiff of a complaint...

I'm sick of going over this crap. It blows me away that other Banks and Brokerage Firms - even Warren Buffett - have such high regard for Wells
Fargo! I'm attaching my newfound notes of client conversations (which don't exonerate me, but might raise reasonable doubt - did I watch too
many Perry Masons, or what?! - in my case), along with a letter to the FINRA "Investigator" who inquired about my termination, to see if he can
lighten my sentence.

When I asked Mary why I wasn't just given the opportunity to resign, that's when she launched into her "we had to uncover how widespread the
complaint(s) problem was," and even told me that they've recently received a couple of client complaints about Doug Emmitte, and he left for
Morgan Stanley (a sweet deal) eighteen months ago!

Ugh!

JU

Date: Thu, 19 Aug 2010 15:34:46 -0700
From: shaffer0204@sbcglobal.net
Subject: You can call yourself the Oracle of Roseville......
To: urenurout@hotmail.com

When you are back in Nebraska on the incentive trip. I went down the path with a guy from Allstate, everybody loved me, you pay for a trip back to
training camp, get 7K when you get back and spend a couple of days in the local office, then the home office said no, because of the termination
comments on my u-5. I have never heard back from the people that liked me so much. There's a salary at State Farm???
— On Thu, 8/19/10, James U'Ren <urenurout@hotmail.com> wrote:

From: James U'Ren <urenurout@hotmail.com>
Subject: RE: Interview with Cornerstone
To: shaffer0204@sbcglobal.net
Date: Thursday, August 19, 2010, 7:38 AM

I wish we could get jobs as wholesalers, and buy other people margaritas.
I'm doing an assessment test with State Farm today - I'm a good neighbor - so I can move along in their process. But they're mostly
insurance - lots of home & auto - with some mutual funds and annuities sprinkled in with IRAs and (dreaded) 529s. Its a great company
anyway, like MOO, and they support their new agents with a decent salary and benefits, if you make their cut.

Witness List

1. Clay Evans (916) 774-3709 Stiefel Nicolaus- Ex Wells Fargo FA, also promised accounts by Mr. Scambray, reffers to Mr. Scambray as a "chronic Liar"
2. Giancarlo Foti (916) 566-0975 x101 Waddell and Reed
3. James U'ren (916) 847-8736 Terminated by Wells fargo
4 Doug Borg (916) 677-7959 Allstate
5 Geoff Howard (916) 789-2135 Resigned from Wells Fargo, considers the Wells Fargo experience "terrible, one of the worst experiences of my life" suggested Wells motto should be "Welcome to Wells fargo, leave your self respect at the door"
6. Lou Hudson, (866) 789-0735 E-Trade
7. Chuck Oliver (916) 784-7900 Wedbush Morgan Securities
8. Ben Goldhammer (916) 567-5447 Chase Investment Services
9. Heather Jardine (800) 387-2331 E-Trade
10. Edward Smellich Metroplolian Insurance - read me the Metroplotan Insurance policy of not hiring anyone fired for cause after positive interview.
11. Jason Bell (800) 935-5746- CFA on weekly conference calls touting Reverse Convertibles
12. Linda Thompson (800) 935-5746- John Scambray's assistant, probably aware of many other employees who complained of false promises, mistreatment.
13. Cindy Mathis (800) 935-5746 present at meeting with Ms. Krug where I complained of undue pressure, asked to be allowed to resign.told me that "reverse convertibles are considered a fixed income product, and as such there are no restrictions on their portfolio allocation"
14. Mary Mortensen (800) 935-5746
15. Christine Blomley (415) 222-1143
16. Dan Vetter (800) 935-5746-Currently employed Financial Advisor summarized Ms. Krug's management style as " the beatings will continue untill morale improves"
17. Daniel Kirk (916) 521-6941- My Licensed Banker at the Folsom branch for three years, continually complained of pressure, demeaning treatment, lack of aptitude of managers, finally resigned.

Ken has had respritory problems for the last three years. His symptoms include coughing and throat clearing, and issues sleeping. He suffered from "sleep apnea" symptoms, sometimes more than once per night. Through this period he kept regular work hours, and confided in me that he was being pressured to generate higher commisions at work, and could be terminated

I have seen Ken's moods change from shock and despair at having been terminated without warning or cause, to encouragement as interview after interview led to the decision to recommend him as a new hire candidate, only to turn to despair yet again as he was routinely denied due to the u-5 entries.

Neither Ken or I can understand how a 30 year career can be ended for two frivolous and accidental infractions. Our home has been for sale for 4 months, our financial situation precarious, the emotional damage unmeasurable.

*Laura A Shaffer*

Laura A. Shaffer

Employment Search

Firms initially optomistic regarding my employment until entries on my u-5, lack of a t-12, resulted in a decline.

1. Stifel Nicolaus (u-5, t-12)
2. Ameriprise (u-5)
3. Wedbush Morgan Securities (u-5,t-12)
4. E-Trade (u-5)
5. Chase Investment Services (u-5)
6. Allstate Financial services   (u-5)
7. Waddell and Reed  (u-5)
8. Metroplolitan Insurance (u-5)
9. Edward Jones (u-5)

The responses to subpoenas issued by Mr. Chung, an infraction of FINRA discovery policy, contain errors in regard to my employment application at E-Trade and Stifel Nicolas. Please see attached documentation.

Info from employers I interviewed with

1. Perhaps E-Trade has no record of my application because the records requested are for Kenneth S. Shaffer, I am Kenneth C. Shaffer. E-Trade will not cooperate with me in confirming 2 interviews, and a tentative offer of employment. Please see e-mail confirmation of one interview, and my submission of background info as part of my application. Mr. Lou Hudson, manager of the Roseville Branch of E-Trade told me after two interviews, the second involving two other employees of the branch, that I was the most qualified applicant and that the branch would "benefit from my experience", and that I was the best candidate. I was scheduled to come to the branch a third time to meet with the visiting regional manager and formalize my hiring. At the branch, Mr. Hudson came out and said " we won't be able to meet today" and that I would be contacted, and walked away without further discussion. When I arrived home I phoned my contact at E-Trade and she told me that because of the entries on my u-5, an explanation would be required for registration in some states, and that E-Trade's policy was that "Investment Consultants" were required to be registered in all states. The situation with my u-5 would cause complications because of this, and I was being declined as a candidate. That last meeting at E-Trade was one of the most embarrasing and discouraging of this entire ordeal, and Mr. Chung is trying to suggest that I fabricated this account?

I called the E-Trade corporate office hoping to confirm my application and consideration, never heard back.I called the Roseville office and left an urgent message for Mr. Hudson to call me, no response. The Investment Consultant who answered the phone at E-Trade and told me that Mr. Hudson was busy identified himself as Jeremy, who I interviewed with. I asked Jeremy to give me his last name and he declined. There was another Consultant in the office who I also interviewed with, approximately 52 years old who could also verify that I interviewed at the office two times. The subpoenaing of this information which was not necessary, and did not follow FINRA guidelines has effectively blacklisted me from being considered an employee of E-Trade, another violation of code S-1050.

2. At Stifel Nicolas I interviewed with the branch manager, Mr. Clay Evans by himself and again with Mr. Evans and the the regional manager. Mr. Evans has told me that his legal contact has suggested that he not verify our meeting or my application in e-mail, but would be happy to confirm by phone. He also recieved the same promises of client accounts from Mr. Scambray, and refferd to him as a "chronic Liar" in our conversations.

E*TRADE: Interview Confirmation & Application Materials - Search Results - att.net M...   Page 1 of 1



The UPS Store®
2795 E Bidwell St., Ste 100
Folsom, CA 95630
916.817.2233 tel
916.817.2244 fax



# FAX

To _HEATHER JARDINE_   From _KEN SHAFFER_

Company _E TRADE FinancIAL_   Phone number _(916) 941-9557_

Fax number _(618) 624-8302_   Fax number _____

Date _2-24-2010_   Total pages _3_

Job number _____

Hi Heather - Here is the info release form, note on U-5 entry.

Thanks,

Ken

The UPS Store®

**Pre-Registration Check Authorization**

I hereby authorize **E*TRADE Securities LLC** to conduct a pre-hire check through the FINRA-CRD system. I understand that **E*TRADE Securities LLC** will utilize the information obtained though the Web CRD system for the sole purpose of considering my suitability for registration with E*TRADE Securities LLC.


_____          _02/24/2010_____
Authorization signature of Applicant              Date


_KENNETH CRAIG SHAFFER_____                   _SEPT  6 TH_____
Name of Applicant (First, Middle, Last)           Month and Day of Birth

_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_____                   _RELATIONSHIP MANAGER_____
Social Security Number                            Position

                                                  _ROSEVILLE_____
_____           Location
CRD number (if known)



_____
Name/Location of Recruiter


_____
Name/Location of Business Manager


_____

**Military Service**

Have you obtained any special skill or abilities as the result of service in the military?　☐ yes ☒ no

If so, describe: _____

**References**

List below three persons not related to you who have knowledge of your work performance within the last three years.

| | | | |
|---|---|---|---|
| Name: | JIM U'REN | DAN VETTER | GREG SMALLEY |
| Position: | FINANCIAL ADVISOR | FINANCIAL ADVISOR | FINANCIAL ADVISOR |
| Company: | WELLS FARGO INV. | WELLS FARGO INV. | EDWARD JONES |
| Yrs. Acquainted: | 3+ | 10+ | 10+ |
| Phone Number: | (916) 847-8136 | (916) 984-1179 | (541) 485-7667 |

**Please read carefully, initial each paragraph and sign below:**

_(initialed)_ I hereby certify that I have not knowingly withheld any information that might adversely affect my chances for employment and that the answers given by me are true and correct to the best of my knowledge. I further certify that I, the undersigned applicant, have personally completed this application. I understand that any omission or misstatement of material fact on this application or on any document used to secure employment shall be grounds for rejection of this application or for immediate discharge if I am employed, regardless of the time elapsed before discovery.

_(initialed)_ I hereby authorize the company to thoroughly investigate my references, work record, education and other matters related to my suitability for employment and, further, authorize the references I have listed to disclose to the company, any and all letters, reports and other information related to my work records, without giving me prior notice of such disclosure. In addition, I hereby release the company, my former employers and all other persons, corporations, partnerships and associations from any and all claims, demands or liabilities arising out of or in any way related to such investigation or disclosure.

_(initialed)_ I understand that nothing contained in the application, or conveyed during any interview which may be granted or during my employment, if hired, is intended to create an employment contract between me and the company. In addition, I understand and agree that if I am employed, my employment is for no definite or determinable period and may be terminated at any time, with or without prior notice, at the option of either myself or the company, and that no promises or representations contrary to the foregoing are binding on the company unless made in writing and signed by me and the company's designated representative.

_(initialed)_ I understand that employment with E*TRADE FINANCIAL is subject to a Financial Regulatory Authority (FINRA) and FBI background check.

_(initialed)_ I have read and understand all of the above.

2-11-2010
**Date**

_(signature)_
**Applicant's Signature**

**E*TRADE**
**FINANCIAL**

7

In Store Branch Manager 1 (Pollock Pines)-100008116 at U.S. Bank - Search Results - 'at...   Page 1 of 1

Hi, Kenneth   Sign Out   All-New Mail   Help

Search   [Web Search]

Target Weekly Ad   $49.99 Wii - Karaoke Revolution Glee   Get your holiday favorites at Target Weekly Ad ▶   prices valid December 19 - December 25   AdChoices

Mail | Contacts | Calendar | Notepad   What's New? | Mobile Mail | Options

Check Mail   New ▾   Mail Search

Previous | Next | Back to Search Results   Mark as Unread |   Print

Fun Games To Keep Your Brain Young

Delete ▾   Reply ▾   Forward   Spam   Move... ▾

**Folders**

Inbox (2598)
Drafts (28)
Sent
Spam (337)   [Empty]
Trash   [Empty]

My Photos
My Attachments

In Store Branch Manager 1 (Pollock Pines)-100008116 at U.S. Bank   Wednesday, October 13, 2010 8:02 AM
From: "US Bank Career Center" <U.S.Bank_Do_Not_Reply@InvalidEmail.com>
To: "Kenneth Shaffer" <shaffer0204@sbcglobal.net>
1 File (2KB)

current_e...

Dear Kenneth,

After reviewing your application for the position of **In Store Branch Manager 1 (Pollock Pines) Requisition Number 100008116**, we regret to inform you that you have not been selected for this position.

Your candidate profile will be retained in our database and you may be informed of job openings that match your profile if you selected this option.  We also invite you to visit the career section on our Web site regularly.

Thank you for your interest in career opportunities with U.S. Bank.  We wish you all the best in your current job search and future endeavors.

Regards,

U.S. Bank

*U.S. Bank is an Equal Opportunity Employer committed to creating a diverse workforce.*

Please do not reply.  Replies to this message are undeliverable and will not reach the Human Resources Department.

**Chat & Mobile Text**   [Hide]
I am   Available
0 Online Contacts   [Add]
No contacts online right now.
Start a New Chat
0 Mobile Contacts   [Add]
You don't have any Mobile Text contacts yet.
Start a Text Message
Settings

My Folders   [Add - Edit]
discovery

Discover the all-inclusive value of a Club Med getaway
Club Med

Delete ▾   Reply ▾   Forward   Spam   Move... ▾

Previous | Next | Back to Search Results   Select Message Encoding   | Full Headers

Check Mail   New ▾   Mail Search

Copyright 2010 © Yahoo! Inc.  Privacy Policy | About Our Ads | Terms of Service | Send Feedback | Help

Follow Up on Internal Wholesaler I at The Principal Financial Group - Search Results - 'a...   Page 1 of 1

Hi Kenneth   Sign Out   All-New Mail   Help

Web Search



NOTHING STOPS A RAM.

| Mail | Contacts | Calendar | Notepad | | What's New? | Mobile Mail | Options |

Check Mail   New  -    Mail Search

Previous | Next | Back to Search Results    Mark as Unread | Print

Delete   Reply  -   Forward   Spam   Move... -

**Folders**
Inbox (2598)
Drafts (28)
Sent
Spam (337)   [Empty]
Trash   [Empty]
My Photos
My Attachments

### Follow Up on Internal Wholesaler I at The Principal Financial Group

Thursday, November 11, 2010 8:31 AM

From: "PrincipalCareers@exchange.principal.com" <PrincipalCareers@exchange.principal.com>
To: Shaffer0204@sbcglobal.net



Dear Kenneth Shaffer,
Thank you for applying for the position Internal Wholesaler I, requisition number
211774. We appreciate the opportunity to review your resume, and are pleased that
The Principal Financial Group is part of your job search.
Several qualified candidates have applied for this position which made our decision a
challenging one. At this time, however, we are moving forward with other candidates.
If you applied for other positions, you may continue to monitor your status for those
job openings on our website at www.principal.com/careers. We appreciate your time
and interest in The Principal Financial Group.
Sincerely,

The Principal Financial Group
Human Resources
(515) 247-MYHR (6947)
(866) 524-MYHR (6947)
MyHR@principal.com
Equal Opportunity/Affirmative Action Employer/Smoke Free Work Environment

This message (PFG_APP_FOLLOWUP_EXT) has been automatically generated. Please do not reply.

Copyright © 2010 Principal Financial Services, Inc., 711 High Street, Des Moines, Iowa 50391
Disclosures and Terms of Use | Privacy and Security
Securities offered through Princor Financial Services Corporation, member SIPC
"The Principal," "Principal Financial Group," the Edge Design and "We'll Give You An Edge" are registered service
marks and the illustrated character is a service mark of Principal Financial Services, Inc.

-----Message Disclaimer-----

This e-mail message is intended only for the use of the individual or entity to which it is addressed,
and may contain information that is privileged, confidential and exempt from disclosure under
applicable law. If you are not the intended recipient, any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this communication in error, please notify us
immediately by reply email to Connect@principal.com and delete or destroy all copies of the original
message and attachments thereto. Email sent to or from the Principal Financial Group or any of its
member companies may be retained as required by law or regulation.

Nothing in this message is intended to constitute an Electronic signature for purposes of the Uniform
Electronic Transactions Act (UETA) or the Electronic Signatures in Global and National Commerce
Act ("E-Sign") unless a specific statement to the contrary is included in this message.

While this communication may be used to promote or market a transaction or an idea that is
discussed in the publication, it is intended to provide general information about the subject matter
covered and is provided with the understanding that The Principal is not rendering legal, accounting,
or tax advice. It is not a marketed opinion and may not be used to avoid penalties under the Internal
Revenue Code. You should consult with appropriate counsel or other advisors on all matters
pertaining to legal, tax, or accounting obligations and requirements.

Delete   Reply  -   Forward   Spam   Move... -

Previous | Next | Back to Search Results    Select Message Encoding    - | Full Headers

Check Mail   New  -    Mail Search

Copyright 2010 © Yahoo! Inc. Privacy Policy | About Our Ads | Terms of Service | Send Feedback | Help

EXHIBIT U   Page 228

RE: Hi Todd, how are things going at Maserati of Sac.? - Search Results - 'att.net Mail'       Page 1 of 1



**Todd Lutes**
Sales Manager
Jaguar/Land Rover Sacramento
Maserati of Sacramento
(916) 483-7886 ext. 1927

From: Kenneth shaffer [mailto:shaffer0204@sbcglobal.net]
Sent: Wednesday, June 09, 2010 9:26 AM
To: Todd Lutes
Subject: Hi Todd, how are things going at Maserati of Sac.?

I am still hoping to be considered for a sales position when you have an opening, would it make a difference if I paid for the Maserati training school myself, worked part time ( no benefits needed), or worked as an outside sales associate? I cannot believe that I would not be able to sell one car a month at a minimum.

My experience dealing with affluent clients making large dollar commitments would be a benefit for Niello. Successful sales people need to live the job, and I can't think of anything more enjoyable than talking with qualified prospects at their convenience, nights or weekends, about one of the most exciting purchases they will ever make. I would supplement incoming leads with my own prospecting efforts. I also realize that Niello representatives need to exhibit the highest levels of professionalism and honesty.

Let me help you meet and exceed your sales goals!
Regards,

Ken Shaffer
(916) 941-9557

Find Jobs: Search millions of jobs now | Monster.com                    Page 1 of 2



# monster
Your calling is calling

Monster Promotions, Learn More      Help    Security    Preferences       Employer

                                                                         Hi Kenneth

                                                                         Sign Out

## Apply History   Last 30 days | Show all

Don't lose track of the jobs you've applied for. You can review the status of your submitted resume, track your progress, and see how you
compare with other candidates who applied for the same job.

Ace the interview and increase your job offers with help from InterviewSmarter

Program Manager Needed in Northern California, Company Confidential, Sacramento, CA      Delete

**Applied with**                          Notes
  **Resume Title:** Resume of Ken Shaffer
  **Cover Letter:** View cover letter
  **Date Applied:** 8/9/2010
  **Apply Status:** Received
  **Date Expired:** 9/5/2010
  **Questionnaire:** N/A

                                          500 characters remaining

                                                                         Update

Candidates for this job also applied for ....

DISTRICT SALES MANAGER, United Insurance Group, Sacramento, CA      Delete

**Applied with**                          Notes
  **Resume Title:** Resume of K. Shaffer
  **Cover Letter:** N/A
  **Date Applied:** 6/29/2010
  **Apply Status:** Received
  **Date Expired:** 7/11/2010
  **Questionnaire:** N/A

                                          500 characters remaining

                                                                         Update

Candidates for this job also applied for ....

Financial and Insurance Sales Consultants, Mutual of Omaha, Gold River, CA, 95670      Delete

**Applied with**                          Notes
  **Resume Title:** Resume of Ken Shaffer
  **Cover Letter:** N/A
  **Date Applied:** 5/26/2010
  **Apply Status:** Received
  **Date Expired:** 5/30/2010
  **Questionnaire:** N/A

                                          500 characters remaining

                                                                         Update

Candidates for this job also applied for ....

Regional Sales Director, Company Confidential, Sacramento, CA, 94203      Delete

**Applied with**                          Notes
  **Resume Title:** Resume of K. Shaffer
  **Cover Letter:** N/A
  **Date Applied:** 5/11/2010
  **Apply Status:** Received
  **Date Expired:** 5/22/2010
  **Questionnaire:** N/A

                                          500 characters remaining

                                                                         Update

Candidates for this job also applied for ....

Regional Sales Manager - Northern California, Washin..., Klingspor Abrasives Inc, Sacramento, CA, 94208      Delete

**Applied with**                          Notes
  **Resume Title:** Resume of K. Shaffer
  **Cover Letter:** N/A
  **Date Applied:** 5/5/2010
  **Apply Status:** Received
  **Date Expired:** 5/27/2010
  **Questionnaire:** N/A

                                          500 characters remaining

EXHIBIT U   Page 230



candidates for this job also applied for

Update

Regional Manager Northern California, Goodman Manufacturing Company, Sacramento, CA, 95827

Delete

**Applied with**
Resume Title: Resume of R. Shaffer
Cover Letter: N/A
Date Applied: 5/5/2010
Apply Status: Received
Date Expired: 5/30/2010
Questionnaire: N/A

Notes

500 characters remaining

Update

candidates for this job also applied for

Regional Sales Director, Company Confidential, Sacramento, CA, 94203

Delete

**Applied with**
Resume Title: Resume Deleted
Cover Letter: N/A
Date Applied: 4/30/2010
Apply Status: Received
Date Expired: 5/22/2010
Questionnaire:

Notes

500 characters remaining

Update

candidates for this job also applied for



MetLife

Financial Services Representatives

Challenge. Reward. Relevance.

Click here for career opportunities

SAVE $480* ON YOUR AUTO INSURANCE   Get a quote now   StateFarm

Employers: Employer Hiring | Search Resumes | Post Jobs | Recruitment Resources
About Our Site: Sitemap | Terms of Use | Privacy Center | Help | Contact Us
About Our Company: About Monster | Work for Monster | The Monster Network | Advertise with Us | Partner with Us | Investor Relations

TRUSTe   ©2010 Monster - All Rights Reserved
U.S. Patents No. 5,832,497; 7,599,930 B1; 7,327,125 and 7,836,060
WWW - Looking for Monster Cable? - V: 2010.11.1.4-111

# Medical Records

# KAISER PERMANENTE SAC-POINT WEST
SACRAMENTO, CA 95815-4807

SHAFFER,KENNETH C
MRN: ▮▮▮▮▮
DOB: 09/06/1954, Sex: M
Enc. Date: 4/24/09

Progress Notes (continued)

MG ORAL TAB · not exceed 6 tablets in 24 hours.

· OMEPRAZOLE 20 MG ORAL CPDR SR Take 1 capsule orally 2 times a day 1/2 hour before
CAP breakfast and dinner for14 days for H.Pylori

· CLARITHROMYCIN 500 MG ORAL TAB Take 1 tablet orally 2 times a day for 14 days for H.Pylori
Hold cholestrol medication 1 week prior to starting antibiotics
and for three weeks after finishing antibiotics

· AMOXICILLIN 500 MG ORAL CAP Take 2 capsules orally 2 times a day with food for 14 days
for H. Pylori

· SIMVASTATIN 80 MG ORAL TAB Take 1 tablet orally daily //REPEAT LABS WITHIN 8 WEEKS
OF STARTING

· NORTRIPTYLINE 10 MG ORAL CAP Take 1 capsule orally daily 2 hours before bedtime and
increase as tolerated.

· LORAZEPAM 1 MG ORAL TAB Take 1 tablet orally 2 times a day when needed for anxiety

· SERTRALINE 100 MG ORAL TAB Take 2 tablets orally daily

# KAISER FOUNDATION HOSPITAL

SHAFFER,KENNETH C
MRN: 110001850482
DOB: 09/06/1954, Sex: M

## Result Information continued

**Results**

| | | | | | |
|---|---|---|---|---|---|
| ALT | 34 | | <36 | U/L | Fin |

Lab and Collection ALT, SERUM (Order #124992245) on 1/16/09 - Lab and Collection Information

## Lab Results

### Result Information

| Result Date and Time | Status | Provider Status |
|---|---|---|
| 1/17/2009  7:19 PM | Final result | Reviewed |

| Original Order | Ordered On | Ordered By |
|---|---|---|
| | Fri Aug 29, 2008 12:02 PM | ROSE ELEANOR ARELLANES MD |

**Component Results**

| Component | Value | Flag | Low | High | Units | Status |
|---|---|---|---|---|---|---|
| FERRITIN | 78 | | 22 | 322 | ng/mL | Fin |

Lab and Collection FERRITIN (Order #124992246) on 1/16/09 - Lab and Collection Information

## Lab Results

### Result Information

| Result Date and Time | Status | Provider Status |
|---|---|---|
| 1/20/2009 11:02 AM | Final result | Reviewed |

| Original Order | Ordered On | Ordered By |
|---|---|---|
| | Fri Aug 29, 2008 12:02 PM | ROSE ELEANOR ARELLANES MD |

**Component Results**

| Component | Value | Flag | Low | High | Units | Status |
|---|---|---|---|---|---|---|
| MITOCHONDRIA AB | NEGATIVE | | NEGATIVE | | | Fin |
| MITOCHONDRIA AB, TITER | SEE NOTE | | <1:20 | | | Fin |

Comment: TNP-Screening test negative. Titer not performed.

Lab and Collection MITOCHONDRIAL ANTIBODY (Order #124992247) on 1/16/09 - Lab and Collection Information

## Lab Results

### Result Information

| Result Date and Time | Status | Provider Status |
|---|---|---|
| 1/17/2009 11:41 AM | Final result -- | Reviewed |

| Original Order | Ordered On | Ordered By |
|---|---|---|
| | Fri Aug 29, 2008 12:02 PM | ROSE ELEANOR ARELLANES MD |

**Component Results**

| Component | Value | Flag | Low | High | Units | Status |
|---|---|---|---|---|---|---|
| HELICOBACTER PYLORI AB, EIA | 1.09 | H | 0.00 | 0.99 | Index | Fin |

Comment: Reference Range:                <= 0.89        NEGATIVE
0.90-0.99      EQUIVOCAL                    >= 1.00      POSITIVEIndex
greater than or equal to 1.00 indicates the presence ofH. pylori
antibodies.

# KAISER FOUNDATION HOSPITAL

SHAFFER,KENNETH C
MRN: 110001850482
DOB: 09/06/1954, Sex: M

## Result Information continued

**Lab and Collection** HELICOBACTER PYLORI AB (Order #124992249) on 1/16/09 - Lab and Collection Information

### Lab Results

#### Result Information

| Result Date and Time | Status | Provider Status |
|---|---|---|
| 1/17/2009 12:03 PM | Final result | Reviewed |

**Component Results**

| Component | Value | Flag | Low | High | Units | Status |
|---|---|---|---|---|---|---|
| WBC COUNT | 5.8 | | 3.5 | 12.5 | K/uL | Fin |
| RED BLOOD CELLS COUNT | 4.79 | | 4.10 | 5.70 | M/uL | Fin |
| HGB | 15.4 | | 13.0 | 17.0 | g/dL | Fin |
| HEMATOCRIT | 46.8 | | 39.0 | 51.0 | % | Fin |
| MCV | 98 | | 80 | 100 | fL | Fin |
| RDW, RBC | 13.3 | | 11.9 | 14.3 | % | Fin |
| PLATELET COUNT | 247 | | 140 | 400 | K/uL | Fin |

**Lab and Collection** CBC WO DIFF (Order #124992250) on 1/16/09 - Lab and Collection Information

### Lab Results

#### Result Information

| Result Date and Time | Status | Provider Status |
|---|---|---|
| 1/17/2009 12:03 PM | Final result | Reviewed |

**Component Results**

| Component | Value | Flag | Low | High | Units | Status |
|---|---|---|---|---|---|---|
| NEUTROPHILS %, AUTOMATED COUNT | 50 | | 41 | 79 | % | Fin |
| LYMPHOCYTES %, AUTOMATED COUNT | 37 | | 13 | 44 | % | Fin |
| MONOS %, AUTO | 8 | | 5 | 14 | % | Fin |
| EOSINOPHILS %, AUTOMATED COUNT | 3 | | 0 | 6 | % | Fin |
| BASOPHILS %, AUTOMATED COUNT | 1 | | 0 | 2 | % | Fin |

**Lab and Collection** WBC DIFFERENTIAL, AUTOMATED (Order #136376448) on 1/16/09 - Lab and Collection Information

### Lab Results

#### Result Information

| Result Date and Time | Status | Provider Status |
|---|---|---|
| 8/21/2008 11:32 AM | Final result | Reviewed |

| Original Order | Ordered On | Ordered By |
|---|---|---|
| | Fri Aug 15, 2008  8:46 AM | ROSE ELEANOR ARELLANES MD |

**Component Results**

| Component | Value | Flag | Low | High | Units | Status |
|---|---|---|---|---|---|---|
| PSA | 0.6 | | 0.0 | 4.0 | ng/mL | Fin |

**Comment:** Test performed on DPC Immulite 2000.  Values obtained with

LARYNGOSPASM
Note: swithch ppi
Evlaution by heent again
I stated i would complet paper wok for short term diasbility.
Referred to bmc.
STRESS.
Note: trial of zoloft see if can help deal with anxiety of medicail condition and work.

**Electronically signed by ROSE ELEANOR ARELLANES MD on Thu Sep 11, 2008  1:45 PM**

Encounter Messages
    No Messages in this encounter

MEDICATIONS

HYPERLIPIDEMIA[272.4C]                                                 6/28/2007
LARYNGOSPASM[478.75A]                                                  6/28/2007

## Progress Notes
### Encounter Information

| | | | |
|---|---|---|---|
| 10/16/2008 9:15 AM | ELISABETH MATHEW MD, MEDICAL DOCTOR | Sac-Hns1 >Main Campus | SACA |

## Visit Notes

**MARIAELENA ALONSO**   Thu Oct 16, 2008  9:16 AM
Active Medications as of 10/16/2008:
SERTRALINE  50 MG ORAL TAB,  Sig:  Take 1/2 tablet orally daily for 1 week then 1 tablet daily for 1 week then 1&1/2 tablets daily for 1 week then 2 tablets per day.
SIMVASTATIN 80 MG ORAL TAB,  Sig:  Take 1 tablet orally daily //REPEAT LABS WITHIN 8 WEEKS OF STARTING
PROTONIX 20 MG ORAL TBEC DR TAB,  Sig:  Take 1 tablet orally 2 times a day 30 minutes before breakfast and dinner

Progress Notes (continued)
Progress Notes (continued)

DOB: 09/06/1954, Sex: M
Enc. Date: 9/10/08

ROSE ELEANOR ARELLANES MD Physician Thu Sep 11, 2008 1:45 PM Signed
SUBJECTIVE:
Kenneth C Shaffer is a 54 Y male
Here with chronic throat problems,
Stressed as his throat is effectin ghis work, feels a lot of stress and unsupported as it is diffiuclt to rhim to talk all day.
Has not picked up protonix

Patient Active Problem List:
ALLERGIC RHINITIS
ACTINIC KERATOSIS...
GERD
HYPERLIPIDEMIA

Electronically signed by ELISABETH MATHEW MD on Thu Oct 16, 2008 10:09 AM

**ELISABETH MATHEW MD** Physician Thu Oct 16, 2008 10:06 AM  Signed
Kenneth C Shaffer came today for consultation with H/O :-
"one year of symptoms worsening switched to protonix. patient tried to arrange fu by phone for return
appt but was not able to and told needed a referral. affecting his work as he has to speak in front of
large groups and often goes into spasm coughing while presenting. "

On enquiry: pt has spastic episodes of coughing and reflux in spite of PPI use for the last 1 1/2 years.
pt states that this has impaired his job capabilities as it involves a lot of speaking and he has no relief
in spite of following all the recommendations.
States he has a lot of stress at work.

No allergies known to drugs or to foods.

Medications:
Sertraline

Progress Notes

**MICHAEL J. LAWSON MD** Physician Wed Nov 12, 2008 12:11 PM  Signed

GASTROENTEROLOGY CONSULTATION

Consulting Physician: Michael Lawson, MD.
Referring physician:
Reason for Consultation: : laryngeal spams severe seen by hns. has had ppi for ver a year at bid doseing . switched to
protonix (can I give higher doses that 20 bid). request evaluation. I have initiated stress management. His laryngeal
spasm effects his work as he speaks in front of large groups

HISTORY OF PRESENT ILLNESS:
Much job stress that patient feels makes problem worse and has felt better since being off.  Has globus symptoms.
Denies CP or GERD now but did wake occasionally in past with acidic taste in mouth.  No dysphagia.
Poor sleep patterns and fatigue and has been diagnosed with major depression.
Has not had CBT yet.
Has concerns over possible Barretts.

Medication replaces LIPITOR Please note new strength, color, and directions for use., Disp: 50, Rfl: 2

Electronically signed by BRENDA L TATE on Thu Jun 28, 2007 8:49 AM

Progress Notes

ROSE ELEANOR ARELLANES MD Physician Thu Jun 28, 2007 8:53 AM Signed

SUBJECTIVE:
Kenneth C Shaffer is a 52 Y male

Here for fu of gerd and laryngospasm. Gerd significalthnly better. But still with hoarseness, can be difficult to
conduct meetings as he will have to cough uncontrollably, concerned he will be fired for not being able to speak
as effectively as previous!
Still on prilosec qd, not bid.
Tries to rest his voice on weekend.
Patient Active Problem List:
  ALLERGIC RHINITIS [477.9C]
  ACTINIC KERATOSIS.. [702.0A]
  GERD [530.81A]

# KAISER PERMANENTE SAC-MAIN CAMPUS
SACRAMENTO, CA 95825-2115

SHAFFER,KENNETH C
MRN: ███████
DOB: 09/06/1954, Sex: M
Enc. Date: 1/4/07

Progress Notes (continued)
Progress Notes (continued)

ELISABETH MATHEW MD Physician  Thu Jan 4, 2007 12:02 PM  Signed
SUBJECTIVE:H/o URI in Sept '06 for 2 weeks. Was very severe and the patient had a 2 week coughing episode
following. He was give Abx and that cleared. For the last 3 weeks the patient has been having choking episodes
and also episodes of "sleep apnoea" off/on that he has never had before. He was placed on omeprazole after
consultation with the HNS on call at that time but this has not helped as dramatically as the patient expected.
Sig.PH/o having to use several tablets of Tums/day to ease severe indigestion and heart burn for 2 years.
Ver heavy coffee drinker.
Nonsmoker.
Alcohol+
Works as a stock broker and has problems while working and has episodes of coughing that almost make his
voice disappear.
Plays Tennis 2/week.

**KAISER PERMANENTE** FOL-IRON POINT
FOLSOM, CA 95630-8707

SHAFFER,KENNETH C
MRN: ███████
DOB: 09/06/1954, Sex: M
Enc. Date: 12/28/06

Progress Notes (continued)
Visit Notes (continued)

Pt is here with a cough, he states he has had problems sleeping at night because he wakes up not being able to breath and has had a few episodes of vomiting at night from not being able to catch his breath.

Electronically signed by ARELLANES, ROSE E on 12/28/2006  11:45 am

Progress Notes

ROSE ELEANOR ARELLANES MD Physician  Thu Dec 28, 2006 11:58 AM  Signed

SUBJECTIVE:
Kenneth C Shaffer is a 52 Y male returns with worsening symptoms
1. Patient with cough times one month,

Notes on Discovery Materials

Regarding the Memo dated 9/1/2009

The performance warning for August, like all the others, does not take into account the number of new accounts opened, or the placement of investments that are suitable for the client,  and are of long term benefit to the client and the firm. During the month of August I placed over 1 million dollars in "Wells Fargo Advantage" Funds. These positions were almost entirely short term income funds which generated less first year income than the amount of the "A" share upfront commision amount, a suitability and fairness concern. As a result, I suggested the "C" share purchases, and because one order was over 500K, there was no sales commission credited to me, a policy of this paricular fund for sales of 500K or more.. "C" shares generate no sales charge to the client, complete flexibility after 12 months for the client, and 1% sales credit to the Financial Advisor, one third or less the commission credit of an "A" share sale. This illustrates again how the Wells Fargo Investments policies are in violation of standards of reasonableness and fair dealing. It also illustrates just how short sighted they are, as "C" class shares generate a 1% trailer amount every year, a benefit for the firm, the Financial Advisor, and most importantly the client.
 You will get a feel for the "culture" of this firm when you review Ms. Krug's notes from 8/28/09, please see last note on page- " decide which clients deserve a deeper drill". Comments like this, and the lack of any reasonable or insightful investment recommendations during a period of market turbulence led to a feeling of extreme frustration and guilt in not being able to recommend the most sensible and conservative investment plan for the people I worked with many elderly, many of who placed complete trust in me. When you consider Wells Fargo's complete emphasis on revenue over suitability, and the demographics of the firm's clients, largly elderly, you could consider this a huge case of elder abuse.


August 10th E-mail re: Fitness for Duty

I truly do not have any recollection of receiving this letter, please see second paragraph, "We have reason to believe that you are not able to work because of a possible medical problem". Is this the reason that I was terminated? I think the A.D.A. has wording to protect wrongful termination based on health problems. I do not understand the reference to thoughts of killing myself. It is possible that I said the episodes of sleep apnea and inability to catch my breath made me fearful of death, or made an offhand remark to being better off dead, but I don't think I have ever heard of anyone dying from sleep apnea, and I do not harbor suicidal thoughts. If I said something in that regard, It must have been offhand and cynically humorous. I do remember that in reference to one short notice, mandatory "call event", I informed Ms. Krug. that I had a  conflicting Doctor's appointment, and she sent me back an e-mail that said only "really?" suggesting, I thought, that I was not telling the truth, and in an annoyed and what I thought was humourous reply, I said something like, no "really" this appointment has been scheduled for some time, "really", I think I will have to sell my house," really", I wish I were dead. If anyone had bothered to ask me, I could have told them that I had no suicidal thoughts. As far as Ms. Krug's concern for my health, she never seemed to be the least bit interested, nor was Ms Brandell, her comment on my return from two months family leave was " well, you look better"  more telling is that another terminated Financial Advisor , Jim U'ren needed hip surgery and spent approximately 2 months out of the office. The first procedure was unsuccesful, resulting in a return to the hospital and full hip replacement. He confided in me that Ms. Krug did not check in on him one time during the whole process. Shortly after his return he was terminated, based on a complaint from someone not named on the account. This is the kind of mentality present in the Sacramento District of Wells Fargo Investments, I can only hope that this kind of philosphy is isolated in Sacramento.

### The Promissory Note

Legally, I ceased being an "at will" employee when I signed the note. See "promissory note" in "Issues".
Any lack of restriction benefitting the firm because of my "at will" status was effectively surrendered by the
promissory note agreement.

### Wells Fargo "i-Bonus"?

see note, after exceeding "revenue metric" for three months, my goal is raised by almost 50% and I am to
recieve "carefull monitoring"?. I think this shows an intention to terminate me at the earliest opportunity.
The
emphasis on revenue over reasonableness or client benefit is a another breech of "the implied covenant
of good faith and fair dealing"

### Interaction with Management

Would you think that Jan's supervisor, Mark Webster, might have given me a call, or invited me to talk to
him in reference to any of these conversations, including my statement of wrong doing by Wells Fargo?
Never, I have never had a personal conversation with Mark Webster. I have had one conversation with
Leo Harnil, prompted by his conference call regarding "pressures" in the brokerage business, brokers
jumping off a building in New York was mentioned, an invitation to discuss any concerns was made. I e-
mailed him back and told him that in addition to unfullfilled promises, one of the most succesful  Financial
Advisors had recently left, actually at least 1/2 of the Financial Advisors left during Ms. Brandell's tenure,
and that when I inquired about covering at the resigning brokers branch, the location close to my own new,
floundering branch, and attempting to conserve accounts from leaving Wells Fargo I did not even receive
a reply e-mail. Approximately 50 million dollars in accounts were distributed to a select handful of Financial
Advisors, who I was expected to compete against in revenue with the threat of termination. This type of
discriminatory treatment led to my "poor atitude". The Financial Advisor hired to replace the resigning
broker at her Placerville, Calif. branch office, Blair Buchanan, lasted less than two years, is not with the
Firm any longer.

Misrepresentation of Products

Scott Caldrow, Licensed Banker Manager in the area of the "Micron Branch" commented in a meeting with myself and a licensed banker named Chris, that the Insurance Product, "Money Guard" paid 5% interest, and he could not understand "why we would not be selling it to everybody". Maybe Scott could sell a lot of policies with the 5% income guarantee, but 5% was the gross crediting rate for the policies, and there was an approximatly 3.5% deduction, possibly greater as the client aged, for the cost of insurance. The client would be lucky to "net" 1.5%. I'm sure Mr. Caldrow could have gotten around the 8 year surrender charge schedule as well.

**Wells Fago Investments, LLC**

# Memo

| | |
|---|---|
| **To:** | Ken Shaffer, Financial Consultant |
| **From:** | Jan M. Krug, Regional Brokerage Manager |
| **CC:** | Christine Blomley |
| | Leo Hamil |
| | Mark Webster |
| | Personnel File |
| **Date:** | September 1, 2009 |
| **Re:** | Formal Written Performance Warning for Unsatisfactory Production |

---

Ken, this notice is to inform you that you are being placed on Formal Written Warning for Unsatisfactory Production.

You have been unable to meet your minimum monthly revenue goal per WFI standards during the month of August, 2009. Per my verbal warning to you on August 3, 2009, your minimum monthly production for the month of August was $25,000. In fact, your August production was $14,074.

Your minimum monthly production for the months of September through November 2009 will be $25,000 per month.

Ken, you must meet the above minimums each month. Your performance vs. the stated goal of $25,000 per month will be evaluated at the end of each production month. If you should fail to meet your monthly minimum production goal, you will be subject to further disciplinary action, up to and/or including termination.

We will continue to meet on a bi-weekly basis by phone or in person so that I can provide you with feedback, coaching and support in helping you to meet these sales goals. I am confident you will be able to improve this situation. As always, I am available to assist you in any way I can.

Should you wish to discuss this with someone else, please contact Christine Blomley, our Human resources Manager at (415) 222-1143. For any non-job related problems affecting your performance, please contact Employee Assistance Consulting at (EAC) at (888) 327-0027.

Please sign below to indicate that you have received this Formal Written Warning memo.

WOO☐ 017

1

Date:  August 10, 2009

To: Kenneth Shaffer
From: Jan M. Krug, RBM
Re:  Fitness for Duty

This letter is to confirm the conversation we had with you today regarding our concerns about your job performance and behavior in the following areas:

**We have reason to believe that you are not able to work because of a possible medical problem.  You are consistently negative in your attitude and have expressed thoughts of killing yourself.   You have expressed that you no longer want to continue in your role as Financial Consultant yet feel you are unable to leave your role due to financial obligations.**

Based on these concerns, we have placed you on paid administrative leave, and we are recommending that you undergo a Fitness for Duty evaluation to be performed by a professional outside of the company. The purpose of this evaluation is to obtain a neutral, professional opinion as to your ability to perform your job. The evaluation will be paid for by the company.

Employee Assistance Consulting (EAC) will provide you with a doctor's name and phone number and an appointment time. The EAC consultant is Sue Frixione at  213-688-2122. It is important that you call the EAC consultant *today* to obtain that appointment information. It is your responsibility to follow through with the agreed upon arrangements. Information gathered by the doctor is confidential and is shared only with the EAC consultant who arranged your evaluation. EAC will only notify me regarding your ability to return to work (or any job accommodations that might be recommended).

While you are on this paid administrative leave, you need to be available by phone at home and you are required to check in daily with my office by phone. You should not report to work, and you should not make contact with anyone at work or conduct any business on behalf of Wells Fargo until you have a Fitness for Duty release from the doctor. If you have any questions, you may call me at *916-788-4532* or you may call EAC at the above-mentioned number.

Sincerely,

*Jan M. Krug*
*Regional Brokerage Manager*
*Sacramento Region*

*cc: Human Resource Consultant*

*1/1/2011 - I HAVE no recollection of ever recieving this letter*

*LAVRA SHAFFER*

W000012

EXHIBIT U   Page 249

**Krug, Jan M.**

| | |
|---|---|
| From: | Krug, Jan M. |
| nt: | Monday, August 03, 2009 8:18 AM |
| o: | Shaffer, Kenneth C. |
| Cc: | Blomley, Christine |
| Subject: | Verbal Performance Warning |

Dear Ken:
This email is a follow up to our meeting on Friday, July 31, 2009 regarding your performance. Effective July 31, you are being placed on verbal performance warning. As we discussed, your minimum production revenue will be:

August 2009:  25,000
September 2009:  25,000
October 2009:  25,000

In addition, successful results in IM&T and insurance will also be required as per plan. I will schedule bi-monthly performance reviews with you. Pleas let me know if there is anything else I can assist you with in achieving these performance minimums.

Additionally, and as we discussed on Friday, your promissory note obligation is in no way modified, diminished or forgiven as a result of this action. Your contractual obligations remain as per contract.

Thank You,

*Jan M. Krug*
Wells Fargo Investments
Vice President
Regional Sales Manager
Private Client Services
1512 Eureka Road Suite 300
Roseville, CA 95661
(916) 788-4532

W000011

1

EXHIBIT U   Page 250

Pay Inquiry

## Pay Voucher
ENNETH CRAIG SHAFFER

Paycheck Calculator

B03 WELLS FARGO INVESTMENTS, L
999 THIRD AVENUE
SEATTLE, WA 98104

For a prior pay period, click      Paycheck Selection

Printer-Friendly Format

KENNETH CRAIG SHAFFER
5315 GARLENDA DR
EL DORADO HILLS,CA 95762

**Job Title:** WMG FINANCIAL
CONSULTANT 2

EmplID:          00000716429
AU#/CC#:         015223
Location:        25015FOLSO
Pay Begin Date:  03/02/2008
Pay End Date:    03/15/2008
Check Date:      03/21/2008

TAX DATA:        Federal      CA
Marital Status:  Married      Married
Allowances:      6            6
Addl. Amt:

|  | Total Earnings | Cur TaxableGrs | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,908.02 | 4,730.01 | 1,365.72 | 254.22 | 1,288.08 |
| YTD | 123,690.28 | 15,310.00 | 3,463.50 | 1,374.02 | 118,852.76 |

### Earnings

| Description | Hours | Rate | Amount | YTD Amt |
|---|---|---|---|---|
| Promissory Note | | | 2,029.59 | 4,059.18 |
| PCS Sales Incentive Plan | | | 1,521.35 | 3,777.68 |
| Regular Pay | | | 1,386.67 | 8,320.02 |
| PCS Sales Assistant/Mentor | | | | 245.58 |
| Forgivable Promissory Note | | | | 111,347.00 |
| **Total:** | | | **2,908.02** | **123,690.28** |

### Taxes

| Description | Amount | YTD Amt |
|---|---|---|
| Fed Withholdng | 715.25 | 1,615.02 |
| Fed MED/EE | 69.85 | 227.36 |
| Fed OASDI/EE | 298.67 | 972.18 |
| CA Withholdng | 243.41 | 523.50 |
| CA OASDI/EE | 38.54 | 125.44 |
| **Total:** | **1,365.72** | **3,463.50** |

### Before-Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| Kaiser-NCA | 94.62 | 567.72 |
| Den-Stndrd | 17.74 | 106.44 |
| VSP Vision | 8.00 | 48.00 |
| WF 401(K) | 87.24 | 370.30 |
| **Total:** | **207.60** | **1,092.46** |

### After-Tax Deductions

| Description | Amount | YTD Amt |
|---|---|---|
| Com Suport | 10.00 | 60.00 |
| SP/P GULP | 1.60 | 9.60 |
| OPTNL Life | 21.36 | 129.29 |
| AD/D | 1.84 | 11.13 |
| LTD | 11.82 | 71.54 |
| **Total:** | **46.62** | **281.56** |

### Net Pay Distribution

| | Paycheck Number | | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 26072820 | Checking | XXXXX-X2193 | 1,288.08 |

Go To: Pay Tools Home          Copy to Word (Instructions)

Metropolitan Life Insurance Company
MetLife Disability, P O Box 14590, Lexington, KY 40511-4590
Phone: 1-888-621-2977   Fax: 1-800-230-9531

# MetLife

October 23, 2008

Kenneth Shaffer
5315 Garlenda Dr.
El Dorado Hills, CA  95762

Employer: Wells Fargo
Claim #:  350809177639
Employee ID: 00000716429

Dear Mr. Shaffer:

This letter is regarding your Short Term Disability (STD) claim based on your last
date worked of September 19, 2008.   Your claim is being denied as the
information provided does not support an inability to work starting on September
22, 2008.

Your plan states:

For purposes of the STD Plan, a medically-certified health condition is generally
defined as a disabling injury or illness that:

- Is documented by clinical evidence as provided and certified by an
  approved care provider. Clinical evidence may include medical
  records, medical test results, physical therapy notes, mental health
  records, and prescription records.

- Prevents you from performing the essential functions of your own job
  on a full or part-time basis, for more than the STD waiting period.

Your plan also states:

To qualify for STD benefits, you must be receiving appropriate care and
treatment for your medically-certified health condition.  Appropriate care and
treatment means medical care and treatment that meets all of the following:

- it is received from an approved care provider whose training and experience
  are suitable for treating your medically-certified health condition;

- It is necessary to meet your health needs and is of demonstrable medical
  value;

- It is consistent in type, frequency and duration of treatment with relevant guidelines of national medical, research and health coverage organizations;

- It is consistent with the diagnosis of your condition; and

- Its purpose is to maximize your medical improvement.


The medical information currently on file does not support an inability to perform job functions as a Financial Consultant as of September 22, 2008. Dr. Rose Eleanor Arellanes, M.D. assessed you on September 10, 2008 and recommended that you be off work from September 22, 2008 through November 01, 2008 for voice rest due to laryngospasm.

We also received information from Dr. Elisabeth Mathew, M.D. who assessed you on October 16, 2008. She notes that your exam findings were within normal limits. Dr. Mathew's indicated that you had stated the laryngospasms are affecting your work as you speak in front of large groups and often go into spasm coughing while presenting. Dr. Mathew stated you were referred to a Gastroenterologist and given information for stress management classes.

Based on the medical documentation on file there is no medical to support your inability to work starting on September 22, 2008. There is no indication that you are having impairments of a severity or frequency to preclude working full time. Therefore, STD benefits for this claim are denied beginning September 22, 2008 for medical reasons.

We also had your claim reviewed due to a diagnosis of stress. There is no detailed psychiatric medical information, such as symptoms or functional abilities that would indicate that you are unable to function at work due to a psychiatric condition. The medical on file indicates that the stress is secondary to medical issues.

Based on the lack of clinical findings to support your inability to work full time starting September 22, 2008 your STD claim has been denied.

In the event you wish to file an appeal, please follow the instructions below and submit detailed medical information to support your claim. Detailed medical information should include but is not limited to the following information: office notes from all treating physicians indicating symptoms and diagnostic test results that document your functional inability to perform your work duties, operative reports and discharge summaries (if applicable) and names and dosages of all current medications,.

You may appeal this decision by sending a written request for appeal to MetLife Disability, P O Box 14590, Lexington, KY 40511-4590 within 180 days after you receive this denial letter. Please include in your appeal letter the reason(s) you believe the claim was improperly denied, and submit any additional comments, documents, records or other information relating to your claim that you deem appropriate for us to give your appeal proper consideration. Upon request, MetLife will provide you with a copy of the documents, records, or other information we have that are relevant to your claim.

MetLife will evaluate all the information and advise you of our determination of your appeal within 45 days after we receive your written request for appeal. If there are special circumstances requiring additional time to complete our review, we may take up to an additional 30 days, but only after notifying you of the special circumstances in writing. In the event your appeal is denied in whole or in part, you will have the right to bring a civil action under Section 502(a) of the Employee Retirement Income Security Act of 1974.

If you have questions, please contact MetLife's Customer Response Center Monday through Friday from 8:00 A.M. to 11:00 P.M. Eastern Time at the toll free number above. Our Customer Response Center representatives can assist you with your claim questions.

Sincerely,
Nancy Weir
MetLife Disability

Confirmation Report - Memory Send

```
Page       : 001
Date & Time: Nov-20-08  02:40pm
Line 1     : 916-746-3635
Line 2     :
E-mail     :
Machine ID : Kaiser
```

| | | |
|---|---|---|
| Job number | : | 978 |
| Date | : | Nov-20 02:35pm |
| To | : | ☎918668404887 |
| Number of pages | : | 005 |
| Start time | : | Nov-20 02:37pm |
| End time | : | Nov-20 02:40pm |
| Pages sent | : | 005 |
| Status | : | OK |

Job number    : 978              * * * SEND SUCCESSFUL * * *

Kaiser Permanente

# Fax

| To: Attn: Suzan Hemler | From: Peggy Bachman |
|---|---|
| Wells Fargo | (9 9) 746-3648 |
| Fax 866-840-4887 | Date: 11/20/08 |
| Phone: | Pages: 5 |
| Re: Kenneth Shaffer | cc: LC * C00-716439 |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

**CONFIDENTIALITY NOTICE:** The document(s) accompanying this transmission fax is intended only for the use of the individual or entity to which it is addressed and may contain confidential information that is privileged or exempt form disclosure. It is unlawful for unauthorized person to review, copy, discuss or disseminate confidential medical information. If you are not the intended recipient, you are hereby notified that you have received this fax message in error and to please notify us immediately at the above sender phone number to arrange for the return of the original fax transmission.

# Medical Certification Form
# Family and Medical Leave Act 1993

 

COPY Team Member

WELLS FARGO

*Fax completed form to Leave Management at 866-840-4887 SUZAN HUNTER*

Employee Name: KENNETH C SHAFFER     Date of Birth: _____     Employee ID: 000716429

**Items 1 through 6 are to be completed by the Health Care Provider *(please complete in full)*:**

1.  A "serious health condition" as defined under the Family and Medical Leave Act (FMLA) is described on page 3. Please check below if the patient's condition[1] qualifies under any of the following categories:

| ☐ Hospital Care (1) | ☐ Absence Plus Treatment (2) | ☐ Pregnancy (3) | ☒ Chronic Condition (4) | ☐ Permanent Long-Term (5) | ☐ Multiple Treatments (6) | ☐ None of the Above |
|---|---|---|---|---|---|---|

2.  **Medical Facts**

    a)  Describe the **medical facts** which support your certification, including a brief statement as to how the medical facts meet the criteria of the category checked above:

    EPISODES OF COUGHING AND REFLUX. UNABLE TO SPEAK IN FRONT OF LARGE GROUPS

    AND GOES INTO SPASM

    b)  Please state the approximate **date** the condition commenced:   09/22/08

    c)  The estimated duration of the condition:   11/27/08

    d)  Is the patient presently incapacitated as a result of this condition?      ☒ Yes   ☐ No

    •  If yes, first date unable to work:   9/22/08      Expected return-to-work date:   11/27/08

    •  If yes, please indicate the likely frequency of **episodes of incapacity**[2]: _____

3.  **Work Capability**

    a)  If **medical leave is required** for this condition, is the employee able to perform work of any kind?      ☐ Yes   ☒ No

    b)  If yes, please list the essential functions of the job that the employee is **unable to perform.** *The employee should supply you with information about his/her essential job functions.*

    c)  Will it be necessary for the employee to work a **reduced work schedule** as a result of the condition (including treatment described in question 4 below)?      ☐ Yes   ☐ No

    •  If yes, number of hours per day: _____     Number of days per week: _____

4.  **Treatment**

    a)  Is it necessary for the employee to be absent from work for treatment?      ☒ Yes   ☐ No

    b)  If additional treatments will be required for the condition, provide an estimate of the probable number of such treatments: _____

---

1   Here and elsewhere on this form, the information sought relates only to the condition for which the employee is taking FMLA leave.
2   "Incapacity", for purposes of FMLA, is defined to mean inability to work, attend school or perform other regular daily activities due to the serious health condition, related treatment, or recovery.

Employee Name: KENNETH SCHAFFER                    Employee ID: 0007 16429

4.    **Treatment,** continued

c)  If the patient will be absent from work or other daily activities because of treatment[3] or on an **intermittent or part-time** basis, please also provide an estimate of the following:

- the probable number of such treatments:        7 _____

- the probable interval of such treatments:       _____

- actual or estimated dates of treatments, if known:   9/5, 9/10, 10/6, 10/16, 11/12/08

- period required for recovery, if any:       _____

d)  If any of these treatments will be provided by another **provider of health services** (e.g., physical therapist), please state the nature of such treatments:

_____

_____

e)  If a **regimen of continuing treatment**[4] by the patient is required under your supervision, provide a general description of such regimen (e.g., prescription drugs, physical therapy requiring special equipment):
MEDICATION

_____

_____

5.    ***Health Care Provider Signature***

MICHAEL J. LAWSON, MD    _Michael Lawson, MD_    GI    11/20/08
Print Name of Health Care Provider    Signature of Health Care Provider    Type of Practice    Date

2025 MORSE AVENUE, SACRAMENTO, CA, 95825   916-746-3648
Address                    Telephone Number               Fax Number

6.    ***Release of Information***

Wells Fargo may need to contact the attending health care provider in order to authenticate and clarify any information provided for the certification of the serious health condition. The patient is asked to sign the authorization prior to returning the form to Wells Fargo Leave Management.

I authorize Wells Fargo's health care professional to contact my health care provider in order to authenticate and clarify any information provided for the certification of my serious health condition under the Family and Medical Leave Act.

_____        _____
Employee Signature (required)                    Date (required)

---

3   Treatment includes examinations to determine if a serious health condition exists and evaluations of the condition. Treatment does not include routine physical examinations, eye examinations, or dental examinations.
4   A regimen of continuing treatment includes, for example, a course of prescription medication (e.g., an antibiotic) or therapy requiring special equipment to resolve or alleviate the health condition. A regimen of treatment does not include the taking of over-the-counter medications such as aspirin, antihistamines, or salves; or bed-rest, drinking fluids, exercise, and other similar activities that can be initiated without a visit to a health care provider.



Serving the People of California

COPY

Received: 11/18/2008

## Physician's Supplementary Certificate

Patient █████████████

Patient Name: **SHAFFER, KEN**
Kaiser record # **000001850482**
Disability Start Date ___/___/___

EDD 201006
P.O. BOX 201006
STOCKTON, CA 95201-9006

This Physician's Supplementary Certificate must be submitted within twenty (20) days of the date issued shown on the Claimant's Certification received by the patient from the Employment Development Department (EDD).

| | |
|---|---|
| 1. Are you still treating this patient?  **X** Yes ____ No | Date of Last Treatment **11/12/2008** |

2. What present condition continues to make the patient disabled?
Diagnosis (REQUIRED): **CONVERSION DISORDER**

Date of next appointment: ___/___/___

ICD Code(s) (REQUIRED): Primary: **300.11**

Secondary:

3. Describe how the patient's present condition or impairment prevents him or her from returning to regular or customary work.
**LARYNGEAL SPAMS SEVERE, SEEN BY HNS. PT HAD PPI FOR OVER A YEAR AT BID DOSEING, SWITCHED TO PROTONIX. PT'S LARYNGEAL SPASM EFFECTS HIS WORK AS HE SPEAKS IN FRONT OF LARGE GROUPS. C/O JOB STRESS THAT MAKES PROBLEMS WORSE. HAS GLOBUS SXS. POOR SLEEP PATTERNS AND FATIGUE & HAS BEEN DIAGNOSED WITH MAJOR DEPRESSION.**

4. What factors or complications are disabling the patient longer than previously estimated for this type of illness or injury?
**GLOBUS HYSTERICUS. RX FOR NORTRYPTILINE. INCREASE EXERCISE AS TOLERATED.**

5. Present estimated date patient (even if still under treatment) will be able to perform his/her regular or customary work: **11/27/2008**

6. Would disclosure of this information to your patient be medically or psychologically detrimental to the patient?
____ Yes **X** No

I hereby certify that the above statements in my opinion truly describe the claimant's condition and the estimated duration thereof.

| | |
|---|---|
| Doctor's Name (print or type): **MICHAEL LAWSON MD** | Doctor's Signature: *Michael Lawson, M* **Peggy Bachman, Auth Signer for MICHAEL LAWSON MD** |
| Specialty, if any: **GASTROENTEROLOGY** | State License Number **048665A** |
| Date signed: **11/20/2008** | Telephone Number: **(916) 746-3648** |

Address
**Kaiser North Valley - ROS Medical Secretaries**
**1600 Eureka Road Roseville, CA 95661**

Return this form to EDD, together with any signed and dated Claimant's Certification submitted to you, to the address shown on the Claimant's Certification.

DE 2525XX (DiskX) (9/98

EXHIBIT U   Page 258

Metropolitan Life Insurance Company
PO Box 14590, Lexington, KY 40511-4590
NOT FOR SERVICE OF LEGAL PROCESS

# **MetLife**®

November 25, 2008

Mr. Kenneth Shaffer
5315 Garlenda Dr.
El Dorado Hills, CA  95762

Short Term Disability
Wells Fargo & Company
Claim # 350809177639
Report# 300218

Dear Mr. Shaffer,

We have completed our review of the denial of your claim for Short Term Disability
benefits.  For the following reasons, the original determination to deny benefits is
upheld upon appeal review.

The Wells Fargo & Company, plan says:

For purposes of the STD Plan, a medically-certified health condition is generally
defined as a disabling injury or illness that:

> Is documented by clinical evidence as provided and certified by an
> approved care provider. Clinical evidence may include medical records,
> medical test results, physical therapy notes, mental health records, and
> prescription records.

> Prevents you from performing the essential functions of your own job on a
> full or part-time basis, for more than the STD waiting period.

You last worked as a Financial Consultant II on September 19, 2008.  Your job
as a Financial Consultant II is considered a sedentary job which requires
telephonic, face to face and electronic customer contact.

We have reviewed your entire claim.  This included but was not limited to the
following information.

We received your appeal letter on October 17, 2008.  You indicated that in
December 2007, you began experiencing uncontrollable coughing which your
doctor diagnosed as Acid Reflux.  You stated that your doctor suggested that
you take time off of work, but that you declined due to the fact that you work
strictly on commission and were not sure if you would have access to disability
payments.  You stated that your constant coughing and clearing of your throat
compromised your effectiveness at your job.  You reported that you felt like you

RP081125235L.1-2-5

have had a cold for the last 22 months with the persistent hoarseness, scratchy throat and tiredness. You indicated that this health situation and the lack of improvement, led to a condition of depression which was exacerbated by the volatility and the decline of the financial markets and the demands of your position. You reported that although your doctor suggested you take time out of work back in January 2007 due to your condition; you felt it was necessary and responsible for you to complete projects and obtain clearance from your employer before missing any work. You requested an appeal of your claim.

In an effort to provide you with a thorough and fair review, we had your entire claim file reviewed by an independent physician consultant, Board Certified in Internal Medicine.

The consultant noted that you are a 54 year old male with the diagnoses of laryngeal spasms, GERD, hyperlipidemia, allergic rhinitis and stress disorder. The consultant reviewed all of the office notes that were submitted for review.

The consultant reviewed an office note from your family practitioner, Dr. Rose Arellanes dated September 11, 2008, where you complained of continued throat problems. Dr. Arellanes noted that you had not yet picked up your prescription for Protonex. Dr. Arellanes documented your physical exam as normal and noted a diagnosis of laryngospasm and allergic rhinitis. Dr. Arellanes reported that at that time she prescribed you an antidepressant.

The consultant reviewed an office note from Dr. Matthew, an Otorhinolaryngologist, dated October 16, 2008. Dr. Matthew noted that you had continued complaints of coughing for the last year and half despite proton pump inhibitors therapy. Dr. Matthew documented that the examination to your larynx was normal and that she referred you to gastroenterology.

The consultant attempted to hold teleconferences with both Dr. Arellanes and Dr. Matthew; however neither doctor was available for comment.

The consultant concluded that the medical information did not support any functional limitations beyond September 22, 2008. The consultant noted that you reported similar symptoms for at least one year before you went out of work, with no evidence of any prior impairment requiring time out of work before September 22, 2008. The consultant noted that both examinations of your larynx were normal. The consultant documented that the medical records indicated that you were not compliant in starting Protonix and that there was no other documentation that you suffered from any other medication side effect. The consultant concluded that there was no documentation of a functional impairment precluding sedentary to light levels of exertion from September 22, 2008 and beyond.

RP0811253251_1-3-5

A copy of the independent physician consultant's report was faxed to Dr. Arellanes and Dr. Matthew on November 17, 2008. We requested that they send their comments on the report, specifically addressing but not limited to your impairments, restrictions, and or limitations. We asked that if they were not in agreement with the report to submit clinical evidence to support their conclusions. Dr. Arellanes and Dr. Matthew were given until November 24, 2008; however no further clinical evidence was received either of your treating providers.

The determination of disability is not solely based on diagnosis, but is based on functional ability supported by clinical evidence that would substantiate symptoms consistent with those reported by you and your medical providers. In the determination of disability, we must take into consideration current restrictions and limitations that are supported by clinical evidence that substantiates an inability to perform your job.

Benefits must be administered in accordance with your employer's plan, and as stated above, the definition of disability states that your disabling injury or illness must prevent you from performing the essential functions of your own job on a full or part-time basis. The medical information did not support any functional limitation beyond September 22, 2008. There was no clinical medical evidence to support any functional limitations preventing you from performing your own job as a Financial Consultant II and therefore, benefits beyond September 22, 2008, will remain denied.

Upon request, MetLife will provide you with a copy of the documents, records, or other information we have that are relevant to your claim and identify any medical or vocational expert(s) whose advice was obtained in connection with your claim.

If there is additional medical information that supports your claim, you may send it to Wells Fargo at the address below within 60 days from receipt of this letter for further consideration. The additional medical information should include detailed information and complete examination findings, office notes, test results, treatment and response, and medications. Your doctor(s) should also indicate how any medical restrictions might have affected your employability. This medical information should be accompanied by your written request for review. Include the following information with your request: your name, claim number, reference to the initial claim decision, and an explanation why you are appealing the decision. The request should be directed to:

Wells Fargo & Company
Plan Administrator – Short Term Disability Plan
100 W. Washington Street, 10th Floor
MAC S4101-105
Phoenix, AZ 85003

RP081125235L_1-4-5

Minnesota Life Insurance Company
A Securian Financial Group Affiliate
400 Robert Street North
St. Paul, MN 55101-2098
www.minnesotalife.com
651.665.3500

**MINNESOTA LIFE**

07/25/2008

KENNETH C SHAFFER
5315 GARLENDA DR
EL DORADO HILLS CA 95762

RE: UPDATED PROFILE PAGE

Dear Insured:

The reverse side of this letter is your updated profile page for your Group Universal Life (GULP) optional life insurance coverage through Wells Fargo & Company. Please attach this profile page to the Certificate of Coverage you received from Minnesota Life when you enrolled in GULP.

The information that changed on your profile page, on the reverse side of this letter, is noted with a double asterisk (**) in the left-hand margin. The following changes are indicated:

Name: Your name changed due to marriage, divorce, legal name change, or a record correction.

Face Amount of Insurance: You had a change in salary, or you increased or decreased your level of coverage.

Planned Premium: You had a birthday which put you in a new premium bracket, or you had a change in your level of coverage, or this policy had a rate change.

Issue Age: Your age at the time of your most recent coverage change.

If you are not actively at work (as defined on page three in your certificate), your approved coverage will not take effect until you return to an actively at work status. Please contact Minnesota Life when you have returned to work. We will then notify Wells Fargo to begin payroll deductions for this increased coverage amount. However, based on the length and reason for your leave, additional underwriting may be required. This does not apply to you if Minnesota Life now bills you directly for this life insurance coverage.

If you have questions regarding this new profile page, please call us at 1-877-822-8308.

Sincerely,

Group Universal Life Customer Service

F44869 Rev 1-2008

# PROFILE

PLAN SPONSOR: WELLS FARGO & COMPANY
GROUP POLICY NUMBER: ██████████

NAME AND ADDRESS OF INSURED:

Original Certificate Effective Date: 08-01-2006
Policy Anniversary Date: 08-01-2008
Current Certificate Effective Date: 04-01-2008

Insured: KENNETH C SHAFFER
OWNER: KENNETH C SHAFFER

KENNETH C SHAFFER
5315 GARLENDA DR
EL DORADO HILLS CA 95762

Any increase in insurance that requires
evidence of insurability will be subject
to the incontestability and suicide
provisions of the Policy.

## Basic Information

Certificateholder Face Amount of Insurance: $ 751,936    Increasing Death Benefit

Sponsor Face Amount of Insurance: $    0

Certificateholder Planned Premium: $ 48.12 Bi-Weekly

Sponsor Planned Premium: $ 0.00

Nicotine/Tobacco User Status: Non-tobacco

Issue Age:   53

Identification Number:    811527000000

Percentage-of-Premium Administration Fees:   2.1% of cash
accumulation contribution

Surrender: The following surrender charges will be made upon surrender:

| Year | Surrender Charge |
|------|------------------|
| N/A  | N/A              |

Partial Withdrawal Fee: $10.00

## Schedule of Additional Benefits (as provided by attached riders)

| Description | Benefit Amount | Premium Payable |
|-------------|----------------|-----------------|
| ACCELERATED DEATH BENEFIT | 0 | 0.00 |

** Indicates a change was made to your Group Universal Life Contract.

Minnesota Life 1



**Private Client Services**
1512 Eureka Road, Suite 300
Roseville, CA 95661-3069

Please note that revenue generated from trades made in your personal Well Fargo brokerage accounts will not count towards your achievement of the Best T12 production target nor will it be included in the calculation of the Loan amount.

**Earning the Incentives:**

All previously stated compensation and eligibility for the bonus/Loan is subject to your continued active employment in good standing through the dates by which the stated non-recoverable draw, recoverable draw, grid payouts, bonuses and additional incentives are earned. In addition, incentive compensation is not earned and eligibility for the bonus/Loan will not be met unless all conditions of the General Incentive Plan Provisions as stated in the current "Provisions for All Plan Participants" document are satisfied.

**Trade Errors:**

Your incentive compensation will reflect negative adjustments for trade errors losses for the month in which the loss occurs. Trade errors include, but are not limited to all cancels and re-bills resulting from an incorrect trade placed by you or a Sales Assistant assisting you in a client's account. To request a reversal of the negative adjustment, detailed documentation, including a concise explanation on the Chargeback Review Form must be submitted by the Regional Sales Manager for review, approval and forwarding to the Appeals Committee for review and resolution. The Sales Professional is responsible for starting this process and providing necessary detailed documentation.

**Benefits:**

You will be eligible for general employee benefits, including health insurance, at the beginning of the month following one full month of service. It is imperative that you call the Employee Service Center at 1-877-HR-WELLS (1-877-479-3557) (press option 2, then ••) to request your benefit information and enrollment forms. Your enrollment period for benefits is June 15, 2006 through July 14, 2006 with an effective date of coverage of August 1, 2006. Failure to enroll in benefits within the specified time period will be considered the same as waiving benefits.

This offer of employment at WFI is contingent upon your ability to provide on or before the first day of employment, documentation that verifies your identification and eligibility to work in the United States, as outlined by the Immigration Reform and Control Act (IRCA) of 1988. Acceptable documents are outlined in the enclosed IRCA forms. Employment cannot begin until you have presented these documents.)

As a federally insured institution, Wells Fargo Bank, N.A. is unable to employ individuals who have been convicted of a crime of dishonesty or breach of trust, or any person who does not meet our bond requirements. Therefore, our offer of employment is contingent upon the results of your background investigation.

As we discussed, the Series 7, 66 (or equivalent registrations) and California Life Agent Insurance licenses are job requirements of the Financial Consultant position. As a condition of your employment, you must obtain any missing license(s) within 90 days of your hire date, September 13, 2006. This offer is contingent upon satisfactory background and CRD clearance. Please contact Cynthia Zamboukos in the Compliance Department immediately at (415) 396-2254 for information on review courses and tests. For insurance licensing questions call Michelle Corbani at (415) 396-0715.

---

**Investment and Insurance Products:**

▸ Are NOT Insured by the FDIC or any other federal government agency   ▸ Are NOT deposits of or guaranteed by the Bank or any Bank affiliate   ▸ May Lose Value

Financial consultants are registered representatives of Wells Fargo Investments, LLC (member SIPC), a non-bank affiliate of Wells Fargo & Company.

W000095