Fredrick A. Rafeedie (State Bar No. 138422)
farafeedie@jonesbell.com
Samuel E. Endicott (State Bar No. 267054)
sendicott@jonesbell.com
**JONES, BELL, ABBOTT,
FLEMING & FITZGERALD L.L.P.**
601 South Figueroa Street, 27th Floor
Los Angeles, California 90017-5759
Telephone: (213) 485-1555
Facsimile: (213) 689-1004

Attorneys for Petitioner
Wells Fargo Advisors, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO ADVISORS, LLC, a limited liability company,<br><br>Petitioner,<br><br>v.<br><br>KENNETH C. SHAFFER, an individual,<br><br>Respondent. | Case No. C11-01500 JCS<br><br>DECLARATION OF BEVERLY W. JACKSON IN SUPPORT OF MOTION OF WELLS FARGO ADVISORS, LLC TO VACATE ARBITRATION AWARD<br><br>DATE: June 3, 2011<br>TIME: 9:30 A.M.<br>COURTROOM: A, 15th Floor |

I, BEVERLY W. JACKSON, declare as follows:

1. I hold the position of Assistant Secretary for each of the following entities: Wells Fargo Advisors, LLC ("WFA"), Wachovia Securities Financial Holdings, LLC ("WSFH"), EVEREN Capital Corporation ("EVEREN"), and Wells Fargo Investment Group, Inc. ("WFIG"). I have personal knowledge of the facts set forth herein. If called and sworn as a witness, I could and would testify under oath to the statements made herein.

2. As an Assistant Secretary of WFA, WSFH, EVEREN, and WFIG, I am responsible for maintaining the corporate minutes, corporate agreements, and

other corporate records for each of those entities. As a result of my position and my responsibilities, I have knowledge of the states of organization and the principal places of business of WFA, WSFH, EVEREN, and WFIG.

3. WFA is a limited liability company organized under the laws of the state of Delaware and has its principal place of business in St. Louis, Missouri. The majority of WFA's executive and administrative functions are performed in St. Louis, Missouri. WFA is a wholly-owned subsidiary of WSFH, a Delaware limited liability company.

4. WSFH is a limited liability company organized under the laws of the state of Delaware and has its principal place of business in St. Louis, Missouri. The majority of WSFH's executive and administrative functions are performed in St. Louis, Missouri. WSFH is owned seventy seven percent (77%) by EVEREN, a Delaware corporation, and twenty three percent (23%) by Wells Fargo Investment Group, Inc., a Delaware corporation.

5. EVEREN is incorporated under the laws of the state of Delaware and has its principal place of business in Charlotte, North Carolina. The majority of EVEREN's executive and administrative functions are performed in Charlotte, North Carolina. EVEREN is a wholly-owned subsidiary of Wells Fargo & Company.

6. WFIG is incorporated under the laws of the state of Delaware and has its principal place of business in Minneapolis, Minnesota. The majority of WFIG's executive and administrative functions are performed in Minneapolis, Minnesota. WFIG is a wholly-owned subsidiary of Wells Fargo & Company.

7. On January 1, 2011, pursuant to a written agreement, and in connection with a corporate reorganization, Wells Fargo Investments, LLC ("WFI") transferred and assigned to WFA all of its brokerage business assets and liabilities. WFA now owns those transferred assets and is now responsible for those transferred liabilities. I have reviewed the assignment agreement, and as an Assistant Secretary

of WFA, I am responsible for maintaining the assignment agreement on behalf of WFA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 5, 2011 in St. Louis, Missouri.

_____
BEVERLY W. JACKSON

— 3 —
DECLARATION OF BEVERLY W. JACKSON IN SUPPORT OF MOTION OF
WELLS FARGO ADVISORS, LLC TO VACATE ARBITRATION AWARD