# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO ADVISORS, LLC, a limited liability company,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>KENNETH C. SHAFFER, an individual,<br><br>　　　　　Respondent. | Case No. CV 11-01500 JCS<br><br>**[PROPOSED] ORDER VACATING ARBITRATION AWARD** |

The motion of Wells Fargo Advisors, LLC for an order vacating the arbitration award issued in *In the Matter of the Arbitration Between Wells Fargo Investments, LLC, Claimant/Counter-Respondent, and Kenneth C. Shaffer, Respondent/Counter-Claimant*, FINRA Case No. 10-00773 came on regularly for hearing before this Court on June 3, 2011. Fredrick A. Rafeedie appeared as attorney for petitioner Wells Fargo Advisors, LLC. Kenneth C. Shaffer appeared pro se.

After considering the moving and opposition papers, arguments of counsel and respondent Shaffer and all other matters presented to the Court, IT IS HEREBY ORDERED THAT the motion of Wells Fargo Advisors, LLC for an order vacating the arbitration award issued in *In the Matter of the Arbitration Between Wells*

1   *Fargo Investments, LLC, Claimant/Counter-Respondent, and Kenneth C. Shaffer,*
2   *Respondent/Counter-Claimant*, FINRA Case No. 10-00773 is GRANTED.

5   Dated: _____

JOSEPH C. SPERO
United States Magistrate Judge