Jordan S. Stanzler (State Bar No. 54620)
Melinda Jane Steuer (State Bar No. 216105)
STANZLER LAW GROUP
2275 E. Bayshore Road, Suite 100
Palo Alto, CA 94303
Telephone:  (650)739-0200
Facsimile:  (650)739-0916

Attorneys for Respondent
Kenneth C. Shaffer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WELLS FARGO ADVISORS, LLC, a
limited liability company,

                    Petitioner,

          vs.

KENNETH C. SHAFFER, an individual,

                    Respondent.
_____/

AND RELATED COUNTERCLAIMS

Case No. CV-11-01500 SC

[PROPOSED] ORDER GRANTING
KENNETH C. SHAFFER'S MOTION
FOR ATTORNEYS' FEES AND
SETTING THE AMOUNT OF
ATTORNEYS FEES TO BE AWARDED

        This court ordered, July 7, 2011, that respondent Kenneth C. Shaffer was entitled to an

award of the attorneys' fees incurred in defending this action and enforcing the arbitration

award, and that respondents' counsel shall submit a declaration stating the amount of attorneys

fees incurred.   On July 12, 2011, respondent's counsel submitted a declaration with supporting

evidence, stating that respondent had incurred fees of $11,100.00 in defending this action and

enforcing the arbitration award.  No objections to this declaration were filed.

        Good cause having been shown, it is hereby ordered that Kenneth C. Shaffer is entitled to

recover attorneys fees in the amount of $11,100.00.

 IT IS SO ORDERED.


Dated:        July 29, 2011            _____
                                      United States District Court Judge
_____

1