Jordan S. Stanzler (State Bar No. 54620)
Melinda Jane Steuer (State Bar No. 216105)
STANZLER LAW GROUP
2275 E. Bayshore Road, Suite 100
Palo Alto, CA 94303
Telephone: (650)739-0200
Facsimile: (650)739-0916

Attorneys for Respondent
Kenneth C. Shaffer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO ADVISORS, LLC, a limited liability company,<br><br>Petitioner,<br><br>vs.<br><br>KENNETH C. SHAFFER, an individual,<br><br>Respondent. | Case No. 11-CV-01500 SC<br><br>**[PROPOSED] JUDGMENT** |

AND RELATED COUNTERCLAIMS

This court ordered, July 7, 2011, that respondent Kenneth C. Shaffer was entitled to entry of judgment in the amount of $75,000 plus attorneys fees in an amount to be determined by the court after review of evidence regarding the amount of attorneys fees incurred.

On July 29, 2011, this court ordered that respondent Kenneth C. Shaffer was entitled to attorneys fees in the amount of $11,100.00.

The court hereby issues its judgment as follows:

Judgment is granted in favor of Kenneth C. Shaffer and against Wells Fargo Advisors, LLC and Wells Fargo Investments, LLC, jointly and severally, in the amount of $86,100.00. The judgment consists of the principal amount of $75,000.00 plus attorneys fees in the amount of $11,100.00.

1  **IT IS SO ORDERED**

3  Dated: _____

   _____
   United States District Court Judge

**PROOF OF SERVICE**
[C.C.P. § 1013, C.R.C.§ 2008, F.R.C.P. Rule 5]

I, Sharran L. Rodd, state:

I am a citizen of the United States. My business address is 2275 E. Bayshore Rd., Suite 100, Palo Alto, CA 94303. I am employed in the City of Palo Alto, County of Santa Clara where this mailing occurs. I am over the age of eighteen years and not a party to this action. On the date set forth below, I served the foregoing documents described as:

[PROPOSED] JUDGMENT

on the following person(s) in this action via ECF addressed as follows:

Fredrick A. Rafeedie, Esq.
Samuel E. Endicott, Esq.
Jones, Bell, Abbott, Fleming & Fitzgerald LLP
601 South Figueroa Street, 27th Floor
Los Angeles, CA 90017-5759

X:   Filed and Served electronically in accordance with the Court's electronic filing ("ECF") rules, pursuant to which registered ECF users receive service copies by e-mail delivery.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date at Palo Alto, California.

Dated: August 2, 2011

_____
Sharran L. Rodd