Jordan S. Stanzler (State Bar No. 54620)
Melinda Jane Steuer (State Bar No. 216105)
STANZLER LAW GROUP
2275 E. Bayshore Road, Suite 100
Palo Alto, CA 94303
Telephone:  (650)739-0200
Facsimile:   (650)739-0916

Attorneys for Respondent
Kenneth C. Shaffer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO ADVISORS, LLC, a limited liability company, | Case No. 11-CV-01500 SC |
| Petitioner, | **[PROPOSED] JUDGMENT** |
| vs. | |
| KENNETH C. SHAFFER, an individual, | |
| Respondent. _____/ | |

AND RELATED COUNTERCLAIMS

This court ordered, July 7, 2011, that respondent Kenneth C. Shaffer was entitled to entry of judgment in the amount of $75,000 plus attorneys fees in an amount to be determined by the court after review of evidence regarding the amount of attorneys fees incurred.

On July 29, 2011, this court ordered that respondent Kenneth C. Shaffer was entitled to attorneys fees in the amount of $11,100.00.

The court hereby issues its judgment as follows:

///

///

///

///

[PROPOSED] JUDGMENT

1

1   Judgment is granted in favor of Kenneth C. Shaffer and against Wells Fargo Advisors,
2   LLC and Wells Fargo Investments, LLC, jointly and severally, in the amount of $86,100.00.
3   The judgment consists of the principal amount of $75,000.00 plus attorneys fees in the amount of
4   $11,100.00.

6   **IT IS SO ORDERED, ADJUDGED, AND DECREED.**

8   Dated:        August   2, 2011                    _____
                                                      United States District Court Judge